1  BRANDON J. ANAND (SBN 262183)
   **ANAND LAW, PC**
2  5455 Wilshire Boulevard, Suite 1812
   Los Angeles, CA 90036
3  T: (323) 325-3389
   F: (323) 488-9659
4  brandon@anandlaw.com

5  *Attorneys for Plaintiff*
6  JANE DOE, a pseudonym

7

8              **UNITED STATES DISTRICT COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11 JANE DOE (A Pseudonym);          | **Case No.: CV 15-7503-MWF(JCx)**

12          Plaintiff,              | **DECLARATION OF PLAINTIFF**
                                    | **JANE DOE IN OPPOSITION TO**
13          vs.                     | **MOTION FOR SUMMARY**
                                    | **JUDGMENT AND/OR SUMMARY**
14 DERRICK ROSE, an Individual;     | **ADJUDICATION OF ISSUES**
15 RANDALL HAMPTON, an
   Individual; RYAN ALLEN, an       | **Hearing:**
16 Individual; and DOES 1-10,       | Date: July 18, 2016
   inclusive;                       | Time: 10:00 a.m.
17                                  | Courtroom: 1600
18          Defendants.             | Judge:   Hon. Michael W. Fitzgerald

19

20

21

22

23

24

25

26

27 *Declaration of Plaintiff Jane Doe in*
28 *Opposition to Motion for Summary Judgment and/or*
   *Summary Adjudication of Issues*

1

*ANAND LAW*

**DECLARATION OF PLAINTIFF JANE DOE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Jane Doe, declare as follows:

1.      I am the Plaintiff in the above-referenced action.

2.      I did not engage in any sexual activity on August 26, 2013.

3.      I did not consent to having any sexual activity with any of the Defendants, or any other person on August 27, 2013.

4.      At the apartment I lived at, my bedroom had a bathroom in it.  The bathroom was located at the front of the bedroom.  If you were exiting my bedroom, you had to face the bathroom and then turn right. My room was at the end of a hallway.  Next to my room going down the hallway was Marcella Carleo's room, and then Claudia Carleo's room.

5.      In September 2013, a man I now know is Defendant Allen called me and stated something to the effect of "I thought you wanted it."  Allen further stated that "this is what we do all the time, especially when we are in LA; the girls in LA ask us to have group sex because they recognize us as NBA players."

6.      On January 21, 2016, Plaintiff was deposed for 7 hours.  Attached as **Exhibit A** is a true and correct copy excerpts from the transcript from the deposition.

7.      On June 14, 2016, I was deposed for another 3.5 hours.  Attached as **Exhibit B** is a true and correct copy excerpts from the transcript from that deposition.

8.      Attached as **Exhibit C** are the true and correct copies of the full text messages I have between Defendant Rose and myself and between Defendant Allen and myself, produced previously in this action.

9.      I had never met either Defendant Ryan Allen or Defendant Randall Hampton prior to August 26, 2013.

I declare under penalty of perjury that the foregoing is true and correct to

*Declaration of Plaintiff Jane Doe in*
*Opposition of Motion to Dismiss*                    1                    *Doe v. Rose*
*Case No. CV 15-7503-MWF(JCx)*
**PAGE NO. 2**

1 | the best of my knowledge and that if called as I witness I could and would testify
2 | consistent with the above and that this declaration was executed on the 27th of
3 | June, 2016 in Los Angeles, California.

*Jane Doe*

Jane Doe

---

Declaration of Plaintiff Jane Doe in
Opposition of Motion to Dismiss                    2

Doe v. Rose
Case No. CV 15-7503-MWF(JCx)

ANAND LAW

# EXHIBIT A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

# *FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

# *FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

# EXHIBIT B

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANAND LAW
A PROFESSIONAL CORPORATION

*FILED UNDER SEAL*

# EXHIBIT C

```
                       EmailMyTexts2013_10_15_23_01_30_1
This email was created using the 'Email My Texts' App

Email Texts for : Ryan Derricks Bro ███████████

------------------------------------------------------------
To YOU
Date : 08/27/2013 02:19:33 AM
Derrick is coming to we'll call you when we're outside.

To YOU
Date : 08/27/2013 02:50:40 AM
We outside

To YOU
Date : 08/27/2013 02:52:34 AM
Wake yo ass up

To YOU
Date : 09/08/2013 02:00:37 PM
Hey ██████ ! This is ryan derrick's friend just thought about you wanted to say
hello and hope all is well.

To YOU
Date : 09/08/2013 05:45:29 PM
?

To : Ryan Derricks Bro
Date : 09/09/2013 06:02:57 AM
I don't trust u guys

To YOU
Date : 09/09/2013 07:26:03 AM
Why do you say that?

To : Ryan Derricks Bro
Date : 09/09/2013 09:37:36 AM
Why wouldn't I

To YOU
Date : 09/09/2013 12:26:56 PM
Because that's a bit extreme. I have a great deal of respect for you and look at
you as a cool person and a friend of ours. Also someone I think I can trust.

To YOU
Date : 09/09/2013 12:27:36 PM
And I've always been a trustworthy person so. We all like and hopefully you can
come to Chicago soon to
```

Page 1

EmailMyTexts2013_10_15_23_01_30_1

To YOU
Date : 09/09/2013 12:27:41 PM
visit.

To : Ryan Derricks Bro
Date : 09/09/2013 12:45:41 PM
I lost a friend that night and much more.  I never felt such pain mentally and
physically.  My hand bubbled up from the burns and i had a belt  and a 200 dollar
credit charge for a taxi that had to walk me in my own home and derrick refuses to
pay me bk its not about the money its about the principle i ended up missing work
and u want me to believe yall have any type of respect for me.

To YOU
Date : 09/09/2013 12:59:19 PM
I'm sorry to hear that I had no knowledge of any of that taking place. I gave to
cab driver money and I also gave you money. Can I call you? I guess I can't

To YOU
Date : 09/09/2013 12:59:35 PM
speak for anyone else but I sorry that happen and I do respect you and I think
you're a cool person that's why I  eached out to you to see how you were doing

To YOU
Date : 09/09/2013 12:59:58 PM
and if there's anything I can do to help I can. Let me know when your Free so I can
call

To YOU
Date : 09/09/2013 01:00:02 PM
you.

To : Ryan Derricks Bro
Date : 09/09/2013 01:08:43 PM
Ya i dont believe you, yall knew i wasnt in my right state of mind. I was
intoxicated and u guys where sober and could have stopped at any time i had to look
back at my text messages to get an idea of why all of u showed up at my home after
i was already safe sleep in my bed.  I hope that never happens to any of your loved
ones.  God bless you

----------------------------------------------------------------
Number of text messages = 17

This email was created using the 'Email My Texts' App

1

Page 2

Doe_Production_Set_One_111

EmailMyTexts2016_01_25_10_30_53_1 - ROSE
This email was created using the 'Email My Texts' App

Email Texts for : Derrick Rose ███████

----------------------------------------------------------------

To : Derrick Rose
Date : 06/20/2013 12:44:07 PM
K did u eva get the pics

To: YOU
Date : 06/20/2013 12:47:35 PM
Naw send them

To All from : You
Date : 06/20/2013 12:52:03 PM
<<<Image not included>>>

To: YOU
Date : 06/20/2013 12:57:11 PM
U just made me horny as hell

To: YOU
Date : 06/20/2013 01:06:35 PM
I can't wait to get my pussy

To : Derrick Rose
Date : 06/20/2013 01:07:45 PM
Dam babe U making you pussy wet

To: YOU
Date : 06/20/2013 01:10:20 PM
U know I miss it

To: YOU
Date : 06/20/2013 01:13:09 PM
I only got one bay

To: YOU
Date : 06/20/2013 01:20:34 PM
What u doin

To : Derrick Rose
Date : 06/20/2013 01:24:35 PM
I'm about to take a cold ass shower with my vibrator smdh

To: YOU
Date : 06/20/2013 01:31:48 PM

Page 1

EmailMyTexts2016_01_25_10_30_53_1 - ROSE

Send a video

To: YOU
Date : 06/20/2013 01:32:56 PM
Send a video

To: YOU
Date : 06/20/2013 01:38:08 PM
I want to see her cumin

To : Derrick Rose
Date : 06/20/2013 01:40:56 PM
What's your email..I'ma try from my mac my phone vidoes don't go through ..bay u
now u the only one than can make her cum and drip and cum again

To: YOU
Date : 06/20/2013 01:43:18 PM
███████████████████

To: YOU
Date : 06/20/2013 01:43:21 PM
Let me know when u send it

To : Derrick Rose
Date : 06/20/2013 01:49:17 PM
K

To: YOU
Date : 06/20/2013 02:41:39 PM
Was u able to send it

To: YOU
Date : 06/26/2013 04:12:57 PM
What's up bay

To : Derrick Rose
Date : 06/26/2013 04:50:50 PM
Just doing some reports for this new cando building I interviewed for and you

To: YOU
Date : 06/26/2013 04:51:35 PM
I'm heading to LA

To : Derrick Rose
Date : 06/26/2013 04:53:07 PM
What time u land

To: YOU

Page 2

EmailMyTexts2016_01_25_10_30_53_1 - ROSE

Date : 06/26/2013 05:11:59 PM
12

To: YOU
Date : 06/26/2013 06:02:08 PM
What u doin

To : Derrick Rose
Date : 06/26/2013 06:53:24 PM
At dinner babe

To: YOU
Date : 06/26/2013 06:56:58 PM
What u doin later

To : Derrick Rose
Date : 06/26/2013 06:58:39 PM
Later; im not sure my girl is in town from Sweden she might want to step out.

To: YOU
Date : 06/26/2013 07:04:56 PM
Aight bet. Have a goodnight

To : Derrick Rose
Date : 06/26/2013 07:13:58 PM
Cant wait to see you

To: YOU
Date : 06/26/2013 07:17:04 PM
Can't wait either

To : Derrick Rose
Date : 06/26/2013 07:19:32 PM
Safe travels babe text me as soon as you land...

To: YOU
Date : 06/26/2013 11:34:28 PM
I made it bay

To: YOU
Date : 06/26/2013 11:44:11 PM
I made it bay

To : Derrick Rose
Date : 06/26/2013 11:45:22 PM
How u feelin babe u jetlacked ??

To : Derrick Rose

Page 3

Doe_Production_Set_One_114

EmailMyTexts2016_01_25_10_30_53_1 - ROSE

Date : 06/26/2013 11:45:57 PM
Where u staying at

To: YOU
Date : 06/26/2013 11:55:33 PM
I made it bay

To: YOU
Date : 06/27/2013 12:11:46 AM
At the W for right now. Naw I'm good

To : Derrick Rose
Date : 06/27/2013 12:57:43 AM
Westhood

To: YOU
Date : 06/27/2013 12:58:26 AM
W hotel. Hit me when u get time I want to see u asap

To: YOU
Date : 06/27/2013 01:02:01 AM
I got to get up at 8. Come over here and join me my guy Randall and his chick.

To : Derrick Rose
Date : 06/27/2013 01:02:57 AM
U at the w hotel and h wood or Westwood

To: YOU
Date : 06/27/2013 01:04:21 AM
Hotel. But I mean let's all do something. She looks nice too. I need that

To: YOU
Date : 06/27/2013 01:06:24 AM
U don't know her. She from chi

To : Derrick Rose
Date : 06/27/2013 01:06:45 AM
So u want me to fuck your friend....

To: YOU
Date : 06/27/2013 01:09:31 AM
Man he just like my brother. That won't affect our relationship. I'm gon keep
messing wit u cuz I fuck wit u. I can care less about the other shit

To: YOU
Date : 06/27/2013 01:10:43 AM
U shared me wit yo bf. That didn't change nothing and we way closer then yall. I
been knowing him since 6 grade

Page 4

EmailMyTexts2016_01_25_10_30_53_1 - ROSE

To : Derrick Rose
Date : 06/27/2013 01:28:28 AM
I would explore and open myself for anything only to satisy my man and u are
clearly showing me our relationship is based on your sexual fantasies.

To All from : You
Date : 07/13/2013 11:51:32 PM
<<<Image not included>>>

To : Derrick Rose
Date : 07/15/2013 01:16:51 PM
How are you?

To: YOU
Date : 07/15/2013 02:20:43 PM
Good u?

To : Derrick Rose
Date : 07/15/2013 02:24:38 PM
Good, I been in Chicago eating everything I See. How is any1 in shape out here.

To : Derrick Rose
Date : 07/16/2013 09:28:14 PM
How's la?

To: YOU
Date : 07/16/2013 09:29:52 PM
Good

To : Derrick Rose
Date : 07/16/2013 09:31:20 PM
Ill b bk 2marrow.  I been thinking bout u out here.

To: YOU
Date : 07/16/2013 09:32:49 PM
U in chi?

To : Derrick Rose
Date : 07/16/2013 09:33:37 PM
Ya wish u was here.

To All from : You
Date : 07/23/2013 08:23:53 PM
<<<Image not included>>>

Page 5

EmailMyTexts2016_01_25_10_30_53_1 - ROSE

To: YOU
Date : 07/23/2013 08:36:10 PM
We good but I'm not messing wit u like that anymore.

To : Derrick Rose
Date : 07/23/2013 08:43:04 PM
Hmmm is that right.  That HATER is incredible.

To: YOU
Date : 07/23/2013 08:48:51 PM
Its no hate wit u at all. U got mad at me for askin a question

To : Derrick Rose
Date : 07/23/2013 09:00:55 PM
U blame me, I was horny as hell, couldn't wait to get my dick and u tell me 2 give
my pussy to somebody else.

To: YOU
Date : 07/23/2013 09:18:56 PM
All I can do is ask. It was nice meeting u and I wish u nothing but the best

To : Derrick Rose
Date : 07/23/2013 09:23:20 PM
If my flaw is wanting and  waiting and keeping my pussy for you, then my bad.   I
can share u with howeva many bitches but shit I had never messed or fucked with
more than 1 @ a time so my bad for that too.  U did give me some good dick so
thanks and I guess I have to b less selfish with my pussy next time.

To: YOU
Date : 07/23/2013 09:26:29 PM
Be safe

To : Derrick Rose
Date : 08/10/2013 09:39:06 AM
Do you realize that,in about 40 years, we'll have millions of old people with
tattoos and rap music will be the Golden Oldies..

To: YOU
Date : 08/10/2013 09:41:52 AM
Yea

To : Derrick Rose
Date : 08/10/2013 11:31:29 AM
I still want a tattoo...something I can rock with forever.

To: YOU
Date : 08/10/2013 12:12:17 PM
U still can get one

Page 6

EmailMyTexts2016_01_25_10_30_53_1 - ROSE

To All from : You
Date : 08/11/2013 11:16:20 AM
<<<Image not included>>>
Happy Sunday

To All from : You
Date : 08/22/2013 11:31:59 PM
<<<Image not included>>>


To: YOU
Date : 08/23/2013 12:32:26 AM
U sent that to the wrong person

To : Derrick Rose
Date : 08/24/2013 02:53:45 PM
My bad that it was derricks number

To: YOU
Date : 08/24/2013 06:15:36 PM
This is me. I was wondering why u send it

To : Derrick Rose
Date : 08/24/2013 06:45:03 PM
I'm not allowed two?

To: YOU
Date : 08/24/2013 06:49:44 PM
Yea u can.

To : Derrick Rose
Date : 08/24/2013 07:45:24 PM
Aight

To : Derrick Rose
Date : 08/26/2013 09:26:15 AM
My inspiration.

To All from : You
Date : 08/26/2013 09:57:40 AM
<<<Image not included>>>


To: YOU
Date : 08/26/2013 10:09:35 AM
What's that for?

Page 7

EmailMyTexts2016_01_25_10_30_53_1 - ROSE

To : Derrick Rose
Date : 08/26/2013 10:12:58 AM
U the reason why I wake up horny

To: YOU
Date : 08/26/2013 10:14:01 AM
What u doin tonight

To : Derrick Rose
Date : 08/26/2013 10:15:17 AM
No plans yet

To: YOU
Date : 08/26/2013 10:17:06 AM
Would I wrong to ask for u and one of yo girls to come spend the night wit me tonight

To : Derrick Rose
Date : 08/26/2013 10:20:47 AM
Same girl

To: YOU
Date : 08/26/2013 10:21:46 AM
I guess so

To: YOU
Date : 08/26/2013 10:22:43 AM
No I want another one that's gon do something

To: YOU
Date : 08/26/2013 10:28:16 AM
Naw u can just come. Come drink wit me tonight

To : Derrick Rose
Date : 08/26/2013 10:29:57 AM
Aight

To : Derrick Rose
Date : 08/26/2013 10:30:43 AM
Where u gonna b at?

To: YOU
Date : 08/26/2013 10:33:22 AM
Come like at 6. ███ Briarcrest Road, Beverly Hills, ca

To: YOU
Date : 08/26/2013 10:33:24 AM
Surprise me wit a chick if u can

Page 8

EmailMyTexts2016_01_25_10_30_53_1 - ROSE

To: YOU
Date : 08/26/2013 10:33:27 AM
Surprise me wit something

To : Derrick Rose
Date : 08/26/2013 10:38:23 AM
Bet what drink u got there

To: YOU
Date : 08/26/2013 10:39:08 AM
What do u drink?

To : Derrick Rose
Date : 08/26/2013 10:54:15 AM
Don julio

To: YOU
Date : 08/26/2013 10:59:59 AM
Aight

To : Derrick Rose
Date : 08/26/2013 12:00:33 PM
Babe I need that pink belt I sent you the picture off and I have a chick she a
massage therapist in the valley can u send a driver to pick me and then ill go get
her from work.  I told her I would take care of her.

To: YOU
Date : 08/26/2013 12:12:10 PM
Send me the address

To : Derrick Rose
Date : 08/26/2013 12:18:15 PM
████ w Washington st. La ca 90007.  Ima have him take us to the girls on girls
store and grab the belt u want anything else from there.

To: YOU
Date : 08/26/2013 12:48:26 PM
Naw I'm good. The car gon be there at 7

To All from : You
Date : 08/26/2013 12:58:45 PM
<<<Image not included>>>

To: YOU
Date : 08/26/2013 01:02:36 PM
Get it and I will give u the cash when I see u. I don't know the driver

Page 9

Doe_Production_Set_One_120

EmailMyTexts2016_01_25_10_30_53_1 - ROSE

To: YOU
Date : 08/26/2013 01:59:03 PM
Get whateva u want

To: YOU
Date : 08/26/2013 07:05:06 PM
The car out there

To : Derrick Rose
Date : 08/26/2013 07:08:46 PM
K

To : Derrick Rose
Date : 08/26/2013 07:41:34 PM
The car is not outside

To: YOU
Date : 08/26/2013 07:42:13 PM
U sure

To : Derrick Rose
Date : 08/26/2013 07:42:49 PM
Ya I walked all around the building

To: YOU
Date : 08/26/2013 07:51:05 PM
Look to the left

To : Derrick Rose
Date : 08/26/2013 07:54:28 PM
I am tell him to call me please

To : Derrick Rose
Date : 08/26/2013 08:03:03 PM
Babe call me he said u gave him the wrong address ...he was all the way in north
Hollywood at 111 something oxnard st. He Said he will send another driver

To: YOU
Date : 08/26/2013 08:04:04 PM
Ok bay. Let me know when he get there

To : Derrick Rose
Date : 08/26/2013 08:04:37 PM
Do u want weed?

To : Derrick Rose
Date : 08/26/2013 08:41:18 PM

Page 10

EmailMyTexts2016_01_25_10_30_53_1 - ROSE

I'm finally in the car.  He felt so bad about the confussion at least he has some
drank lol

To: YOU
Date : 08/26/2013 08:43:23 PM
Lol ok. See u soon

To: YOU
Date : 08/26/2013 08:58:50 PM
Naw I dont

To : Derrick Rose
Date : 08/26/2013 09:11:07 PM
U got e babe she wants some we just left the sex store

To: YOU
Date : 08/26/2013 09:11:51 PM
Naw I don't. U will have to find some

To : Derrick Rose
Date : 08/26/2013 09:30:51 PM
We outside.

To: YOU
Date : 08/27/2013 01:18:33 AM
Hit me when u make it home

To : Derrick Rose
Date : 08/27/2013 01:20:45 AM
That was kendra she mad cuz she was frying to fuck you

To: YOU
Date : 08/27/2013 01:24:14 AM
What yall finna do. Hit me when u by yoself

To: YOU
Date : 08/27/2013 01:37:21 AM
She was weak

To: YOU
Date : 08/27/2013 01:39:07 AM
U tryin to come back?

To : Derrick Rose
Date : 08/27/2013 01:40:32 AM
No she was not anyways fuck the bitch... I left my belt and my shit n yo
bathrooom.and u need to come to me right now

Page 11

EmailMyTexts2016_01_25_10_30_53_1 - ROSE

To: YOU
Date : 08/27/2013 01:42:14 AM
What's the address

To : Derrick Rose
Date : 08/27/2013 01:43:15 AM
███████ w Washington blv la ca  90007

To: YOU
Date : 08/27/2013 01:45:21 AM
I'm finna have my guy come pick u up

To : Derrick Rose
Date : 08/27/2013 01:46:19 AM
Come with him babe

To: YOU
Date : 08/27/2013 01:48:15 AM
He bringing u back here and we gon make sure u get to work

To : Derrick Rose
Date : 08/27/2013 01:55:00 AM
I need u to come with him

To: YOU
Date : 08/27/2013 01:56:14 AM
Why u comin back to me

To : Derrick Rose
Date : 08/27/2013 01:56:45 AM
So I want you here too

To: YOU
Date : 08/27/2013 01:59:28 AM
He bringing u back here

To : Derrick Rose
Date : 08/27/2013 02:03:27 AM
I know he Will, I want u here too

To: YOU
Date : 08/27/2013 02:06:11 AM
He already on his way

To : Derrick Rose
Date : 08/27/2013 02:09:34 AM
aight he turned around to pick u up

Page 12

EmailMyTexts2016_01_25_10_30_53_1 - ROSE

To: YOU
Date : 08/27/2013 02:17:26 AM
We on our way


To: YOU
Date : 08/27/2013 02:27:42 AM
Hello?


To : Derrick Rose
Date : 08/27/2013 07:49:38 AM
 Im hangover, didn't make it to work, and kendra is blowing my phone up.  U never
payed me back or even payed for Kendras Taxi.


To: YOU
Date : 08/27/2013 09:10:32 AM
Send me yo account stuff


To : Derrick Rose
Date : 08/27/2013 09:13:16 AM
Routing ███████████
Account ███████████


To: YOU
Date : 08/27/2013 02:51:08 PM
What bank and how much was it


To : Derrick Rose
Date : 08/27/2013 02:54:16 PM
Bank of America 269


To : Derrick Rose
Date : 08/27/2013 09:54:14 PM
What happened?


To : Derrick Rose
Date : 08/27/2013 09:57:46 PM
My hand bubbled up from the burns I was so wasted.


To : Derrick Rose
Date : 08/28/2013 12:10:38 PM
?????


To: YOU
Date : 08/28/2013 12:22:09 PM
I'm gon drop if off to u


To : Derrick Rose
Date : 08/29/2013 09:53:42 PM

Page 13

EmailMyTexts2016_01_25_10_30_53_1 - ROSE

Please tell me what u planning to do.. kendra is texting still she keeps on telling me details I don't remember ...I need her to stop calling....

To : Derrick Rose
Date : 08/30/2013 04:57:53 PM
Your actions have made me lose faith in you I'm discovering what your intentions where that night, this has been very detremental to my mindset, living situation my girl is moving out, I'm losing a friend, huge burns on my hands and I missed a very important day of work. U not responding is verifying the truth.  I have your friends number and the taxi cabs #. I need u to respond so I can finally stop thinking and put on end to this.


To: YOU
Date : 08/30/2013 05:03:14 PM
I just been busy. I swear I got u tho

To : Derrick Rose
Date : 08/30/2013 05:23:36 PM
My Roommate is telling me I was not myself. she wants me to pull the tape from my apts so I can see the taxi that waited outside yo spot for an hour,walkin me all the way in my apt. My credit card was charged 204. This is fucking embarrasing. My home is also my work I took a big risk for u that night.  I failed myself and i just want them to stop talking bout it.  I'm so disturbed by this and its weighing heavy on me.

To: YOU
Date : 08/30/2013 05:43:42 PM
I'm gon send it to u

To : Derrick Rose
Date : 08/30/2013 06:20:49 PM
Deposit?

To: YOU
Date : 08/30/2013 06:22:37 PM
Bring it to u

To : Derrick Rose
Date : 08/30/2013 06:38:00 PM
Who will? When?

To: YOU
Date : 08/30/2013 06:38:41 PM
Send the address and tomorrow

To : Derrick Rose
Date : 08/30/2013 06:43:21 PM

Page 14

EmailMyTexts2016_01_25_10_30_53_1 - ROSE

Who is comming? ▆▆ w. Adams blv la ca 90007

To: YOU
Date : 08/30/2013 06:44:20 PM
Why do u want to know?

To : Derrick Rose
Date : 08/30/2013 06:46:49 PM
I was hoping it was not them u had around that night.

To: YOU
Date : 08/30/2013 06:47:40 PM
I will drop it off. I will let u know in the afternoon

To : Derrick Rose
Date : 08/30/2013 07:01:37 PM
Ill b managing the property at 325 w adams till 5pm then I will b at the ▆▆ w.
Washington property they are down the street from each other.

To: YOU
Date : 08/30/2013 07:02:16 PM
Aight bet

To : Derrick Rose
Date : 08/31/2013 07:13:20 PM
???

To: YOU
Date : 08/31/2013 07:50:22 PM
Will u take a taxi over here to get it tomorrow?

To : Derrick Rose
Date : 08/31/2013 08:22:02 PM
What is the issue??  I can make the drive tonight or very early 2marrow morning?

To: YOU
Date : 08/31/2013 08:50:06 PM
I'm not gon be back home in a min

To : Derrick Rose
Date : 09/01/2013 11:06:02 AM
Now u playing games.  I just left church whats up?

To: YOU
Date : 09/01/2013 11:42:34 AM
I'm gon let u know when to come get it

To : Derrick Rose

Page 15

EmailMyTexts2016_01_25_10_30_53_1 - ROSE

Date : 09/01/2013 01:20:52 PM
U being strange and I don't want to b waiting all day again keep me posted

To: YOU
Date : 09/03/2013 10:40:33 AM
It will be here at the house late tonight

To : Derrick Rose
Date : 09/03/2013 04:47:43 PM
Stop the games, this is not a joke... I hope u serious this time

--------------------------------------------------------------
Number of text messages = 172

This email was created using the 'Email My Texts' App

Doe_Production_Set_One_127