**BAUTE CROCHETIERE & GILFORD LLP**
MARK D. BAUTE (State Bar No. 127329)
mbaute@bautelaw.com
COURTNEY A. PALKO (State Bar No. 233822)
cpalko@bautelaw.com
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

*Attorneys for Defendant*
DERRICK ROSE, an individual

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

JANE DOE (A Pseudonym),

Plaintiff,

v.

DERRICK ROSE, in Individual; RANDAL HAMPTON, an Individual; RYAN ALLEN, an Individual; and DOES 1-10 Inclusive,

Defendants.

Case No. CV 15-7503-MWF(JCx)

Complaint Filed: August 26, 2015

**DEFENDANT DERRICK ROSE'S NOTICE OF MOTION TO PRECLUDE PLAINTIFF'S USE OF A PSEUDONYM AT TRIAL**

**Hearing:**
**Date: September 19, 2016**
**Time: 11:00 a.m.**
**Place: Courtroom 1600**

Pretrial Conference: September 19, 2016
Trial Date: October 4, 2016

Judge: Hon. Michael Fitzgerald
Courtroom: 1600

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

248137.1
Case No. CV 15-7503-MWF(JCx)
DEFENDANT DERRICK ROSE'S NOTICE OF MOTION TO PRECLUDE PLAINTIFF'S USE OF A PSEUDONYM AT TRIAL

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on September 19, 2016, at 11:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 1600 of the above-entitled Court, located in the Spring Street Courthouse located at 312 North Spring Street, Los Angeles, California, Defendant Derrick Rose ("Defendant" or "Mr. Rose") will and hereby does move this Court, pursuant to Federal Rules of Civil Procedure 10(a), 17(a)(1), and 41(b), for an order requiring Plaintiff, who has thus far proceeded pseudonymously, to use her true name at trial.

This motion is made following the Court's June 17, 2016 order (ECF # 99) stating that the Court would "reevaluate the balance of interests regarding Plaintiff's anonymity at the final pretrial conference" (*id*. at 6) and the email exchanges and in-person conference of counsel pursuant to Local Rule 7-3 which took place on March 15, 2016. ECF # 65-4 (April 18, 2016 Declaration of Mark Baute) ¶2; ECF # 65-2 (April 18, 2016 Declaration of Sasha Farahi) ¶ 2. Plaintiff's counsel did not respond to further requests by counsel for Mr. Rose to meet and confer and resolve these issues. Aug. 19, 2016 Declaration of Mark Baute ("Baute Decl.") ¶ 2.

DATED: August 22, 2016

BAUTE CROCHETIERE & GILFORD LLP

By: /S/ Mark D. Baute
MARK D. BAUTE
COURTNEY A. PALKO
Attorneys for Defendant
DERRICK ROSE, an individual

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

# PROOF OF SERVICE

**JANE DOE v. DERRICK ROSE**
Case No. CV 15-7503-MWF(JCx) [2235.1]

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 777 South Figueroa Street, Suite 4900, Los Angeles, CA 90017.

On August 22, 2016, I served true copies of the following document(s) described as **DEFENDANT DERRICK ROSE'S NOTICE OF MOTION TO PRECLUDE PLAINTIFF'S USE OF A PSEUDONYM AT TRIAL** on the interested parties in this action as follows:

**(**SEE ATTACHED SERVICE LIST**)**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 22, 2016, at Los Angeles, California.

/s/ Courtney A. Palko
COURTNEY A. PALKO

248137.1 i Case No. CV 15-7503-MWF(JCx)
DEFENDANT DERRICK ROSE'S NOTICE OF MOTION TO PRECLUDE PLAINTIFF'S USE OF A PSEUDONYM AT TRIAL

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

# SERVICE LIST

**JANE DOE v. DERRICK ROSE**
Case No. CV 15-7503-MWF(JCx) [2235.1]

Brandon J. Anand, Esq.
ANAND LAW, PC
5455 Wilshire Blvd., Suite 1812
Los Angeles, CA 90036
Telephone: (323) 325-3389
Fax: (323) 488-9659
E-mail: brandon@anandlaw.com; info@anandlaw.com

*Attorneys for Plaintiff JANE DOE*

Waukeen Q. McCoy, Esq.
McCOY LAW FIRM P.C.
555 Montgomery Street, Suite 1100
San Francisco, CA 94111
Telephone: (415) 675-7705
Fax: (415) 675-2530
E-mail: mail@mccoyslaw.com

*Attorneys for Plaintiff JANE DOE*

Thaddeus J. Culpepper, Esq.
CULPEPPER LAW GROUP
3818 Crenshaw Blvd., Suite 905
Los Angeles, CA 90008
Telephone: (310) 997-0806
E-mail: culpepper@alumni.pitt.edu

*Attorneys for Plaintiff JANE DOE*

Patrick M. Maloney, Esq.
THE MALONEY FIRM, APC
2381 Rosecrans Avenue, Suite 405
El Segundo, California 90245
Telephone: (310) 540-1505
Fax: (310) 540-1507
E-mail: pmaloney@maloneyfirm.com

*Attorneys for Defendants RANDALL HAMPTON and RYAN ALLEN*

Michael D. Monico, Esq.
Barry A. Spevack, Esq.
MONICO & SPEVACK
20 S. Clark Street, Suite 700
Chicago, IL 60603
Telephone: (312) 782-8500
Fax: (312) 759-2000
E-mail: mm@monicolaw.com

*Attorneys for Defendants RANDALL HAMPTON and RYAN ALLEN*