**BAUTE CROCHETIERE & GILFORD LLP**
MARK D. BAUTE (State Bar No. 127329)
mbaute@bautelaw.com
COURTNEY A. PALKO (State Bar No. 233822)
cpalko@bautelaw.com
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

*Attorneys for Defendant*
DERRICK ROSE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE DOE (A Pseudonym), <br><br> Plaintiff, <br><br> v. <br><br> DERRICK ROSE, an Individual; RANDALL HAMPTON, an Individual; RYAN ALLEN, an Individual; and DOES 1-10 Inclusive, <br><br> Defendants. | **Case No. CV 15-7503-MWF(JCx)** <br><br> Complaint Filed: August 26, 2015 <br><br> **DEFENDANT DERRICK ROSE'S WITNESS LIST** <br><br> **FSC:** <br> Date: September 19, 2016 <br> Time: 11:00 a.m. <br> Location: Courtroom 1600 <br><br> **TRIAL:** <br> Date: October 4, 2016 <br> Time: 8:30 a.m. <br> Location: Courtroom 1600 <br><br> Judge: Hon. Michael W. Fitzgerald <br><br> Pretrial Conference: September 19, 2016 <br> Trial Date: October 4, 2016 |

Pursuant to Local Rule 16-5, Defendant Derrick Rose submits his witness list.

## DEFENDANT DERRICK ROSE'S WITNESS LIST

| # | DEFENSE WITNESS NAME | APPEAR (LIVE or DEPO) | SUBSTANCE OF TESTIMONY | ESTIMATE OF LENGTH |
|---|---|---|---|---|
| 1. | Derrick Rose | Live | Will testify about 20-month nonexclusive consensual sexual relationship with Plaintiff; Plaintiff's request for alcohol, marijuana, and ecstasy before coming to Mr. Rose's Beverly Hills rental home on August 26, 2013; Plaintiff's desire to get together later that same night for more consensual sexual interaction; Plaintiff texting Mr. Rose around 2 a.m. and again around 7 a.m.; Plaintiff opening three apartment doors to let her guests (the defendants) into the building, into the apartment, and into her bedroom; Plaintiff's complaints to Mr. Rose about wanting to be reimbursed for cab fare and sex belt Plaintiff claimed falsely she bought at the "girls on girls" store | 3.5 hours |
| 2. | Ryan Allen | Live | Will testify to Plaintiff initiating consensual sexual interaction with him at the Beverly Hills rental home; Plaintiff's desire to get together later that same night for more consensual sexual interaction; | 2.5 hours |

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

| # | DEFENSE WITNESS NAME | APPEAR (LIVE or DEPO) | SUBSTANCE OF TESTIMONY | ESTIMATE OF LENGTH |
|---|---|---|---|---|
|   |   |   | Plaintiff's text exchanges with him around 2 a.m.; Plaintiff opening three apartment doors to let her guests (the defendants) into the building, into the apartment, and into her bedroom; Plaintiff explaining that she wanted to have sex with each man one at a time while using a dildo on herself; pleasantries exchanged that evening and early morning with Plaintiff and follow-up texts about being reimbursed for the cab fare and sex toy which Plaintiff claimed falsely she bought at the "girls on girls" store |   |
| 3. | Randall Hampton | Live | Will testify to Plaintiff initiating consensual sexual interaction with him, Mr. Allen, and Mr. Rose at the Beverly Hills rental home; Plaintiff's desire to get together later that same night for more consensual sexual interaction; Plaintiff opening three apartment doors to let her guests (the defendants) into the building, into the apartment, and into her bedroom; Plaintiff explaining that she wanted to have sex with each man | 2.5 hours |

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

| # | DEFENSE WITNESS NAME | APPEAR (LIVE or DEPO) | SUBSTANCE OF TESTIMONY | ESTIMATE OF LENGTH |
|---|---|---|---|---|
| | | | one at a time while using a dildo on herself | |
| 4. | Gabriela Chavez | Live | Will testify about Plaintiff's conduct and demeanor after August 26-27, 2013, including partying with Plaintiff in Las Vegas in September 2013 | 2 hours |
| 5. | Keyana LaVergne | Live | Will testify about Plaintiff's conduct and demeanor after August 26-27, 2013; Plaintiff's description of partying and consensual sexual activity with Mr. Rose on August 26-27, 2013, as told to Ms. LaVergne by Plaintiff at work on August 27, 2013, including Plaintiff showing Ms. LaVergne Plaintiff's text messages and photos exchanged with Mr. Rose and Plaintiff complaining that Mr. Rose had not reimbursed her for the sex belt; text messages exchanged between Plaintiff and Ms. LaVergne which Ms. LaVergne provided to balleralert.com after TMZ reported that Plaintiff sued Mr. Rose for $20 million because Ms. LaVergne believed Plaintiff's allegations against Mr. Rose were false | 3 hours |

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

| # | DEFENSE WITNESS NAME | APPEAR (LIVE or DEPO) | SUBSTANCE OF TESTIMONY | ESTIMATE OF LENGTH |
|---|---|---|---|---|
| | | | and financially motivated | |
| 6. | Dr. Lykissa | Live | Testimony re substance of expert report; evidence (including text messaging until 2 a.m.) is inconsistent with Plaintiff's claim that Plaintiff ingested Rohypnol on August 26-27, 2013 | 2 hours |
| 7. | Dr. Jones | Live | Testimony re substance of expert report | 2.5 hours |
| 8. | Claudia Carleo | Deposition | Testimony that Ms. Carleo saw no damage on August 27, 2013 to the apartment complex door (which automatically locked and was locked on August 27, 2013) or to Plaintiff's apartment door (which was locked on August 27, 2013); residents had to walk down the hallway and physically let visitors in; Ms. Carleo heard no "noises" or "screaming" or anyone yelling "don't" or "stop" in the apartment on the evening and early morning of August 26-27, 2013; Ms. Carleo was not nervous about Plaintiff's "company" in the apartment; Plaintiff was "happy and smiling" the morning of August 27, 2013 before Plaintiff left for work; Ms. Carleo's | 75 minutes |

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

| # | DEFENSE WITNESS NAME | APPEAR (LIVE or DEPO) | SUBSTANCE OF TESTIMONY | ESTIMATE OF LENGTH |
|---|---|---|---|---|
| | | | query "[i]f my testimony is worth anything, like five, ten percent of" Plaintiff's sought damages of $21.4 million reported by TMZ. | |
| 9. | Jane Doe | Live | Cross-examination re events of August 26-27, 2013; Plaintiff's 20-month nonexclusive consensual sexual relationship with Mr. Rose prior to August 26, 2013; Plaintiff's admission of lies about her sexual adventurousness and sexual aggression with Mr. Rose; Plaintiff's requests for alcohol, marijuana, and ecstasy on August 26, 2013; Plaintiff's request on August 27, 2013 that Mr. Rose reimburse her for cab fare and sex toy; Plaintiff's conduct and demeanor after August 26, 2013 | 7.5 hours |

DATED:  August 30, 2016            BAUTE CROCHETIERE & GILFORD LLP


By:  /s/ Mark D. Baute
    MARK D. BAUTE
    COURTNEY A. PALKO
    Attorneys for Defendant
    DERRICK ROSE

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

# PROOF OF SERVICE

JANE DOE v. DERRICK ROSE
Case No. CV 15-7503-MWF(JCx) [2235.1]

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 777 South Figueroa Street, Suite 4900, Los Angeles, CA 90017.

On this date indicated below, I served true copies of the following document(s) described as **DEFENDANT DERRICK ROSE'S WITNESS LIST** on the interested parties in this action as follows:

**(\*\*SEE ATTACHED SERVICE LIST\*\*)**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 30, 2016, at Los Angeles, California.

/s/ Mark D. Baute
Mark D. Baute

248832.1

i

Case No. CV 15-7503-MWF(JCx)

**DEFENDANT DERRICK ROSE'S WITNESS LIST**

# SERVICE LIST

**JANE DOE v. DERRICK ROSE**
Case No. CV 15-7503-MWF(JCx) [2235.1]

| | |
|---|---|
| Brandon J. Anand, Esq.<br>ANAND LAW, PC<br>5455 Wilshire Blvd., Suite 1812<br>Los Angeles, CA  90036<br>Telephone:  (323) 325-3389<br>Fax:   (323) 488-9659<br>E-mail:  brandon@anandlaw.com;<br>info@anandlaw.com | *Attorneys for Plaintiff*<br>*JANE DOE* |
| Waukeen Q. McCoy, Esq.<br>McCOY LAW FIRM P.C.<br>555 Montgomery Street, Suite 1100<br>San Francisco, CA  94111<br>Telephone:  (415) 675-7705<br>Fax:   (415) 675-2530<br>E-mail:  mail@mccoyslaw.com | *Attorneys for Plaintiff*<br>*JANE DOE* |
| Thaddeus J. Culpepper, Esq.<br>CULPEPPER LAW GROUP<br>3818 Crenshaw Blvd., Suite 905<br>Los Angeles, CA 90008<br>Telephone: (310) 997-0806<br>E-mail:  culpepper@alumni.pitt.edu | *Attorneys for Plaintiff*<br>*JANE DOE* |
| Patrick M. Maloney, Esq.<br>THE MALONEY FIRM, APC<br>2381 Rosecrans Avenue, Suite 405<br>El Segundo, California 90245<br>Telephone:  (310) 540-1505<br>Fax:  (310) 540-1507<br>E-mail:  pmaloney@maloneyfirm.com | *Attorneys for Defendants*<br>*RANDALL HAMPTON and RYAN ALLEN* |
| Michael D. Monico, Esq.<br>Barry A. Spevack, Esq.<br>MONICO & SPEVACK<br>20 S. Clark Street, Suite 700<br>Chicago, IL  60603<br>Telephone: (312) 782-8500<br>Fax: (312) 759-2000<br>E-mail: mm@monicolaw.com | *Attorneys for Defendants*<br>*RANDALL HAMPTON and RYAN ALLEN* |

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225