**BAUTE CROCHETIERE & GILFORD LLP**
MARK D. BAUTE (State Bar No. 127329)
mbaute@bautelaw.com
COURTNEY A. PALKO (State Bar No. 233822)
cpalko@bautelaw.com
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

*Attorneys for Defendant*
DERRICK ROSE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE DOE (A Pseudonym),<br><br>Plaintiff,<br><br>v.<br><br>DERRICK ROSE, an Individual; RANDALL HAMPTON, an Individual; RYAN ALLEN, an Individual; and DOES 1-10 Inclusive,<br><br>Defendants. | **Case No. CV 15-7503-MWF(JCx)**<br><br>Complaint Filed: August 26, 2015<br><br>**JOINT TRIAL EXHIBIT LIST**<br><br>**FSC:**<br>Date:       September 19, 2016<br>Time:       11:00 a.m.<br>Location:  Courtroom 1600<br><br>**TRIAL:**<br>Date:       October 4, 2016<br>Time:       8:30 a.m.<br>Location:  Courtroom 1600<br><br>Judge:  Hon. Michael W. Fitzgerald<br><br>Pretrial Conference: September 19, 2016<br>Trial Date:       October 4, 2016 |

Pursuant to Local Rule 16-6-1, the parties submit their Joint Exhibit List.

## PLAINTIFF'S EXHIBIT LIST

| Nbr | Exhibit | | Atty | Trial Witness | Objections | Response | Court Use |
|---|---|---|---|---|---|---|---|
| 1 | Text Message | Correspondence between Plaintiff and Rose | BJA WQM | | | | |
| 2 | Text Message | Correspondence between plaintiff and Allen | BJA WQM | | | | |
| 3 | Diagram | Map of exterior of apartment complex | BJA WQM | | | | |
| 4 | Diagram | Map of interior of Plaintiff's unit at apartment complex | BJA WQM | | | | |
| 5 | Phone Records | Defendant Allen's phone records | BJA WQM | | | | |
| 6 | Internet Publication | Advertisements from prostitutes called by Defendant Allen | BJA WQM | | | | |
| 7 | Text Message | Correspondence between Deanna Duncans and Plaintiff | BJA WQM | | | | |
| 8 | Video | Video of DOE at "Consent is Mandatory" event | BJA WQM | | | | |
| 9 | Video | Video of DOE watching Lady Gaga "Till it Happens to You" Oscars Performance | BJA WQM | | | | |
| 10 | Video | DOE PTSD symptom (acne) | BJA WQM | | | | |
| 11 | Photograph | DOE PTSD symptom (pulling eyelashes) | BJA WQM | | | | |

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

| Nbr | Exhibit | | Atty | Trial Witness | Objections | Response | Court Use |
|---|---|---|---|---|---|---|---|
| 12 | Photograph | Front entrance to apartment complex (top of stairs to left) | BJA WQM | | | | |
| 13 | Photograph | Front entrance to apartment complex (top of stairs to right) | BJA WQM | | | | |
| 14 | Photograph | Front entrance to apartment complex (top of stairs in middle) | BJA WQM | | | | |
| 15 | Publication | "Questionable practices surface for lab handling hair test; Carlson Co. and Lykissa histories | BJA WQM | | | | |
| 16 | Opinion | People v. Wallace, 44 Cal.4th 1032 original opinion 45 Cal. 4th 76B Modification | BJA WQM | | | | |
| 17 | | Expert Opinion Psych | | | | | |
| 18 | | Expert Opinion | | | | | |
| 19 | Records | Plaintiff's Medical Records | | | | | |
| 20 | Records | Flights purchased by Defendant Rose that Plaintiff did not take | BJA WQM | | | | |
| 22 | Records | Plaintiff's lease with apartment complex | | | | | |
| 23 | Document | Lease of Defendant Rose's Beverly Hills Residence | | | | | |

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

248833.1

2

Case No. CV 15-7503-MWF(JCx)
**JOINT TRIAL EXHIBIT LIST**

| Nbr | Exhibit | | Atty | Trial Witness | Objections | Response | Court Use |
|---|---|---|---|---|---|---|---|
| 24 | Document | Wasserman Media Lease of car used by Defendants on August 27, 2013 | | | | | |
| 25 | Document | Report of Okorie Okorocha, M.S., M.S., J.D. | | | | | |
| 26 | Document | Report of Dr. Elena Konstat, Ph.D | | | | | |

248833.1

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

3

**JOINT TRIAL EXHIBIT LIST**

Case No. CV 15-7503-MWF(JCx)

**DEFENDANT DERRICK ROSE'S EXHIBIT LIST**

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Correspondence from June 20, 2013 to August 24, 2013 between Plaintiff and Mr. Rose (Doe_Production_Set_One_112–118) | | |
| 2 | Correspondence on August 26 and 27, 2013 between Plaintiff and Mr. Rose (Doe_Production_Set_One_118–124) | | |
| 3 | Correspondence from August 28, 2013 to September 3, 2013 between Plaintiff and Mr. Rose (Doe_Production_Set_One_124–127) | | |
| 4 | Correspondence on August 27, 2013 between Plaintiff and Mr. Allen (Doe_Production_Set_One_110) | | |
| 5 | Correspondence from September 8, 2013 to September 9, 2013 between Plaintiff and Mr. Allen (Doe_Production_Set_One_110-111) | | |
| 6 | Phone records of Mr. Allen's calls to Plaintiff (Allen Deposition Exhibit 7) | | |
| 7 | Correspondence between Plaintiff and Keyana LaVergne from October 9, 2014 through January 23, 2015 (LAVERGNE_1-165) | | |
| 8 | Correspondence between Plaintiff and Keyana LaVergne from January 23, 2015 through March 21, 2015 (LAVERGE_166-292) | | |
| 9 | Correspondence between Plaintiff and Keyana LaVergne from March 21, 2015 through September 8, 2015 (LAVERGNE_167-417) | | |
| 10 | Instagram Post of Plaintiff (JANE DOE_000083) | | |
| 11 | Instagram Post of Plaintiff (JANE DOE_000084) | | |
| 12 | Instagram Post of Plaintiff (JANE DOE_000085) | | |

BAUTE CROCHETIERE & GILFORD LLP  
777 South Figueroa Street, Suite 4900  
Los Angeles, CA 90017  
Tel (213) 630-5000 • Fax (213) 683-1225

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 13 | Instagram Post of Plaintiff (JANE DOE_000086) | | |
| 14 | Twitpic Photograph of Plaintiff (DR_000001) | | |
| 15 | Twitpic Photograph of Plaintiff (DR_000002) | | |
| 16 | Twitpic Photograph of Plaintiff (DR_000003) | | |
| 17 | Twitpic Photograph of Plaintiff (DR_000004) | | |
| 18 | Photograph of Plaintiff from Gabriela Chavez (DR_000011) | | |
| 19 | Photograph of Plaintiff from Gabriela Chavez (DR_000012) | | |
| 20 | Photograph of Plaintiff from Gabriela Chavez (DR_000013) | | |
| 21 | Photograph of Plaintiff from Gabriela Chavez (DR_000014) | | |
| 22 | Photograph of Plaintiff from Gabriela Chavez (DR_000015) | | |
| 23 | Photograph of Plaintiff from Gabriela Chavez (DR_000016) | | |
| 24 | Photograph of Plaintiff from Gabriela Chavez (DR_000017) | | |
| 25 | Photograph of Plaintiff from Gabriela Chavez (DR_000018) | | |
| 26 | Photograph of Plaintiff from Gabriela Chavez (DR_000019) | | |
| 27 | Photograph of Plaintiff from Gabriela Chavez (DR_000020) | | |
| 28 | Photograph of Plaintiff from Gabriela Chavez (DR_000021) | | |
| 29 | Facebook Photograph dated October 18, 2013 of Plaintiff at "Gabriela's Birthday Dinner" (DR_000022) | | |
| 30 | Facebook Photograph dated October 18, 2013 of Plaintiff at "Gabriela's Birthday Dinner"(DR_000023) | | |
| 31 | Facebook Photograph dated October 18, 2013 of Plaintiff at "Gabriela's Birthday | | |

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | Dinner"(DR_000024) |  |  |
| 32 | Facebook Photograph dated October 18, 2013 of Plaintiff at "Gabriela's Birthday Dinner"(DR_000025) |  |  |
| 33 | Instagram Photograph of Plaintiff from Gabriela Chavez (DR_000026) |  |  |
| 34 | Instagram Photograph of Plaintiff from Gabriela Chavez (DR_000027) |  |  |
| 35 | Instagram Photograph of Plaintiff from Gabriela Chavez (DR_000028) |  |  |
| 36 | Photograph of Plaintiff from Gabriela Chavez (DR_000029) |  |  |
| 37 | Photograph of Plaintiff from Gabriela Chavez (DR_000030) |  |  |
| 38 | Photograph of Plaintiff from Gabriela Chavez (DR_000031) |  |  |
| 39 | Photograph of Plaintiff from Gabriela Chavez (DR_000032) |  |  |
| 40 | Instagram Photograph dated September 15, 2013 of Plaintiff from Gabriela Chavez (DR_000033) |  |  |
| 41 | Instagram Photograph dated September 16, 2013 of Plaintiff from Gabriela Chavez (DR_000034) |  |  |
| 42 | Instagram Photograph dated October 19, 2013 of Plaintiff from Gabriela Chavez (DR_000035) |  |  |
| 43 | Instagram Photograph dated October 19, 2013 of Plaintiff from Gabriela Chavez (DR_000036) |  |  |
| 44 | Facebook Photograph dated October 18, 2013 of Plaintiff at "Gabriela's Birthday Dinner"(DR_000037) |  |  |
| 45 | Instagram Photograph of Plaintiff from Gabriela Chavez (DR_000038) |  |  |
| 46 | Dr. Ernest D. Lykissa Expert Report |  |  |

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 47 | Dr. Jayme M. Jones Expert Report | | |

DATED: August 30, 2016  BAUTE CROCHETIERE & GILFORD LLP

By: /s/ Mark D. Baute
MARK D. BAUTE
COURTNEY A. PALKO
Attorneys for Defendant
DERRICK ROSE

248833.1

7

Case No. CV 15-7503-MWF(JCx)

**JOINT TRIAL EXHIBIT LIST**

# PROOF OF SERVICE

**JANE DOE v. DERRICK ROSE**
Case No. CV 15-7503-MWF(JCx) [2235.1]

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 777 South Figueroa Street, Suite 4900, Los Angeles, CA 90017.

On the date indicated below, I served true copies of the following document(s) described as **JOINT TRIAL EXHIBIT LIST** on the interested parties in this action as follows:

**(\*\*SEE ATTACHED SERVICE LIST\*\*)**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 30, 2016, at Los Angeles, California.

/s/ Mark D. Baute
MARK D. BAUTE

248833.1                                   i                          Case No. CV 15-7503-MWF(JCx)
**JOINT EXHIBIT LIST**

# SERVICE LIST

**JANE DOE v. DERRICK ROSE**
Case No. CV 15-7503-MWF(JCx) [2235.1]

| | |
|---|---|
| Brandon J. Anand, Esq.<br>ANAND LAW, PC<br>5455 Wilshire Blvd., Suite 1812<br>Los Angeles, CA  90036<br>Telephone:  (323) 325-3389<br>Fax:   (323) 488-9659<br>E-mail:  brandon@anandlaw.com;<br>info@anandlaw.com | *Attorneys for Plaintiff*<br>*JANE DOE* |
| Waukeen Q. McCoy, Esq.<br>McCOY LAW FIRM P.C.<br>555 Montgomery Street, Suite 1100<br>San Francisco, CA  94111<br>Telephone:  (415) 675-7705<br>Fax:  (415) 675-2530<br>E-mail:  mail@mccoyslaw.com | *Attorneys for Plaintiff*<br>*JANE DOE* |
| Thaddeus J. Culpepper, Esq.<br>CULPEPPER LAW GROUP<br>3818 Crenshaw Blvd., Suite 905<br>Los Angeles, CA 90008<br>Telephone: (310) 997-0806<br>E-mail: culpepper@alumni.pitt.edu | *Attorneys for Plaintiff*<br>*JANE DOE* |
| Patrick M. Maloney, Esq.<br>THE MALONEY FIRM, APC<br>2381 Rosecrans Avenue, Suite 405<br>El Segundo, California 90245<br>Telephone:  (310) 540-1505<br>Fax:  (310) 540-1507<br>E-mail:  pmaloney@maloneyfirm.com | *Attorneys for Defendants*<br>*RANDALL HAMPTON and RYAN ALLEN* |
| Michael D. Monico, Esq.<br>Barry A. Spevack, Esq.<br>MONICO & SPEVACK<br>20 S. Clark Street, Suite 700<br>Chicago, IL  60603<br>Telephone: (312) 782-8500<br>Fax: (312) 759-2000<br>E-mail: mm@monicolaw.com | *Attorneys for Defendants*<br>*RANDALL HAMPTON and RYAN ALLEN* |