UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE DOE (A PSEUDONYM),<br><br>    Plaintiffs,<br><br>vs.<br><br>DERRICK ROSE, an Individual; RANDALL HAMPTON, an Individual; and DOES 1-10 Inclusive,<br><br>    Defendants. | **CASE NO.: CV 15-7503 – MWF (JCx)**<br><br>Complaint Filed: August 26, 2015<br><br>**PLAINTIFF'S STATEMENT REGARDING VERDICT FORMS**<br><br>Pretrial Conf: September 19, 2016<br>Time:    10:00 a.m.<br>Courtroom:  1600<br>Judge:    Hon. Michael Fitzgerald<br>Trial Date:  October 4, 2016 |

    Pursuant to the Court's Pretrial Order dated February 25, 2016, (Docket No. 46), the Plaintiff submits the following statement regarding the agreed upon verdict forms. Plaintiff has attempted to meet and confer with Defendants regarding Pre-Trial Documents and have been unsuccessful. At this time, the parties do not have an agreed set of Verdict Forms to be presented to the Court.

Dated:

/s/ Brandon J. Anand

Brandon J. Anand, Esq.

Waukeen Q. McCoy, Esq.

Attorneys For Plaintiff JANE DOE

Plaintiff's Statement regarding Verdict Forms
*JANE DOE V. DERRICK ROSE, ET AL.*
USDC (CA WD) Case No.: CV 15-7503 – MWF (JCx)     1