**BAUTE CROCHETIERE & GILFORD LLP**
MARK D. BAUTE (State Bar No. 127329)
mbaute@bautelaw.com
COURTNEY A. PALKO (State Bar No. 233822)
cpalko@bautelaw.com
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

*Attorneys for Defendant*
DERRICK ROSE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE DOE (A Pseudonym),<br><br>Plaintiff,<br><br>v.<br><br>DERRICK ROSE, an Individual; RANDALL HAMPTON, an Individual; RYAN ALLEN, an Individual; and DOES 1-10 Inclusive,<br><br>Defendants. | Case No. CV 15-7503-MWF(JCx)<br><br>Complaint Filed: August 26, 2015<br><br>**NOTICE OF PLAINTIFF'S EXTENSIVE PRETRIAL MEDIA INTERVIEWS AND NATIONAL PRESS CONFERENCE OF SEPTEMBER 14 AND 15, 2016**<br><br>**Hearing:**<br>**Date: September 20, 2016**<br>**Time: 9:30 a.m.**<br>**Place: Courtroom 1600**<br><br>Pretrial Conference: September 20, 2016<br>Trial Date: October 4, 2016<br><br>Judge: Hon. Michael Fitzgerald<br>Courtroom: 1600 |

249836.1

Case No. CV 15-7503-MWF(JCx)

**NOTICE OF PLAINTIFF'S EXTENSIVE PRETRIAL MEDIA INTERVIEWS AND PRESS CONFERENCE OF SEPTEMBER 14 AND 15, 2016**

**TABLE OF CONTENTS**

**Page**

I. INTRODUCTION .................................................................................................. 1

II. MS. DOE'S EXTENSIVE PRETRIAL MEDIA INTERVIEWS AND NATIONAL PRESS CONFERENCE OF SEPTEMBER 14 AND 15, 2016 ....................................................................................................................... 2

III. CONCLUSION ..................................................................................................... 11

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

249836.1                                i                        Case No. CV 15-7503-MWF(JCx)
**NOTICE OF PLAINTIFF'S EXTENSIVE PRETRIAL MEDIA INTERVIEWS AND PRESS CONFERENCE OF SEPTEMBER 14 AND 15, 2016**

## I. INTRODUCTION

Plaintiff Jane Doe is on a nationwide pretrial media blitz this week. Ms. Doe's legal strategy appears to be to use well-rehearsed, self-reported and unsubstantiated (and contradicted), highly prejudicial media interviews and national press conference to try her case in the court of public opinion in an effort to force a large and extortionate settlement payment. It is rare to see this sort of desperate and open pandering for a settlement by counsel, and unheard of for a plaintiff (who is proceeding under a pseudonym) to actively seek such extensive media coverage on the eve of trial. Ms. Doe's deliberate media strategy unfairly prejudices Mr. Rose's right to a fair and impartial trial, presents the media with a one-sided, self-serving narrative of Ms. Doe's allegations when the media cannot fully and accurately report the true facts and the public is not fully apprised of the true facts and evidence, and undermines Ms. Doe's desire to continue to hide behind a pseudonym. Because Jane Doe and her lawyers are openly pandering to the media on a nationwide blitz tour, Ms. Doe should be precluded from using a pseudonym for any purpose, including media coverage.

In pursuing their nationwide media blitz on the eve of trial, Ms. Doe's counsel has also clearly violated two important Rules of Professional Conduct (CRPC), as follows:

Ms. Doe's counsel has claimed, falsely, that a criminal case is pending, for the purpose of gaining a collateral advantage in this civil case. The emails from the sixth lawyer to represent Ms. Doe – Waukeen McCoy – concerning this violation of CRPC 5-100 are attached as Exhibit A to the Baute Declaration filed concurrently herewith. Baute Decl. Ex. A. The violation could not be clearer in this instance: Mr. McCoy, desperate for a settlement payment, is sending emails to defense counsel claiming – falsely – that a criminal case exists and that Mr. McCoy thinks he and his client should receive a settlement payment of some amount based on his unsubstantiated statement that there is a "criminal case" pending. In actuality, the evidence of consent and the extensive record of Ms. Doe lying in her deposition about nearly everything is so

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

unequivocal and clear, that there is no criminal case pending at all.  Thus, no matter how many emails Mr. McCoy sends in which he pretends that he knows something about a supposed criminal case, there is no such case pending.  Instead, all we have is Mr. McCoy threatening the existence of a criminal case because he wants and needs money from a settlement.

Ms. Doe's counsel has also violated CRPC 5-120, which prohibits counsel from interacting with the media in way that is designed to pollute or influence the jury pool. The authorized and on the record quotes from Ms. Doe's counsel are designed to smear Mr. Rose as much as possible, without regard to the evidence, and to pretend that the "morality clause" in one or more of Mr. Rose's contracts is such that Mr. Rose must pay Ms. Doe a settlement.  There is no need for this sort of desperate and unprofessional behavior by counsel, and on the eve of trial, done in a way to influence the jury pool, it is clearly a violation of CRPC 5-120.

In her media interviews and press conference, Ms. Doe also explained why it is critically important to her that she prevent her parents from learning about the lawsuit. Mr. Rose filed a motion for sanctions to strike emotional distress damages from the case because Ms. Doe prevented her mother and father from attending their court-ordered depositions in this case.  Ms. Doe's press campaign reinforces why sanctions are warranted.  Finally, Ms. Doe continues to affirmatively place her sexual behavior at issue, and Mr. Rose is entitled to rebut these false claims.

## II. <u>MS. DOE'S EXTENSIVE PRETRIAL MEDIA INTERVIEWS AND NATIONAL PRESS CONFERENCE OF SEPTEMBER 14 AND 15, 2016</u>

Ms. Doe and her attorneys have conducted at least the following nationwide press conference and media interviews this week, less than three weeks before trial:

(1) On September 15, 2016 from 10 a.m. until 11:30 a.m., Ms. Doe, her attorneys Mr. Anand and Mr. McCoy, and National Coalition Against Violent Athletes founder Katherine Redmond Brown held a 90-minute national press conference via

1 telephone.  At least the following journalists participated in the teleconference, Julia
2 Marsh (@juliakmarsh), *New York Post* reporter; Michael McCann
3 (@McCannSportsLaw), *Sports Illustrated* legal analyst; Dan Werly
4 (@WerlySportsLaw), contributor at Sports Illustrated's *The Cauldron* and *Bleacher
5 Report*; Diana Moskovitz (@DianaMoskovitz), *Deadspin* reporter; Travis Waldron
6 (@Travis_Waldron), *Huffington Post* reporter; Julie DiCaro (@JulieDiCaro), writer for
7 *The Cauldron* and *Fansided*; Daniel Wallach (@wallachlegal), sports law attorney at
8 Becker & Poliakoff and contributor at The Sports Law Blog who also serves on the
9 Law360 editorial advisory board.  *See* Baute Decl. Exs. B-I, O.  Ms. DiCaro, Mr.
10 Wallach, and Mr. Werly live-tweeted the teleconference in real-time.  *See* Baute Decl.
11 Exs. B-D.  According to media reports:

- Ms. Doe's counsel called Mr. Rose and his friends "sexual deviants." Ms. Doe's counsel said: "we believe that the record will very clearly show that (Rose) and his friends are sexual deviants who essentially decided they would have sex with the plaintiff no matter what.  His friends may have pushed this issue, but all three certainly knew that she was severely intoxicated, she could not consent and she would have never consented."

- Ms. Doe's activist, Ms. Redmond Brown, said: "This situation was about plying somebody with alcohol to get them loose and get them to consent to things they do not want to do."

- Ms. Doe's counsel accused Mr. Rose's attorneys of fabricating text messages, engaging in "criminal behavior" and putting out "false allegations in the media." Ms. Doe's counsel stated: "We're always open, but when you have defense attorneys not being professional or respond to your emails and making these accusations at your client out in the public, which aren't true, it's really hard to get to that point of sitting down, logically going through the evidence and logically going through the damages and figuring out some resolution."

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

- Ms. Doe's lawyer stated: "I have been in communication with lead detective of the criminal case. She has expressed that she thinks a crime occurred." Ms. Doe's lawyer added: "It was frustrating that there was no action, and I frankly don't know why there has not been. Perhaps they are simply waiting to see what will come out of the civil case."
- Ms. Doe's lawyer that he was "very surprised" that the case has not settled and that Mr. Rose's counsel was "unresponsive" despite the fact that there have been two settlement conferences and no recent discussions about settlement. "Yes I am surprised. This case should have settled. D-Rose is getting bad advice from his attorneys."
- Ms. Doe's lawyer stated: "The NBA and his team should investigate the matter. I think that's their obligation. Whatever consequences that derives from that — I know there's a morality clause in his contract — it's up to them. They have the discretion to suspend him."
- Ms. Doe stated that she did not come forward because she "was afraid my family would find out" and that "my father has no idea to this day" and that "my sister stopped the deposition."
- Ms. Doe's lawyer said: "They clearly knew she was extremely intoxicated, could not consent, and would never have consented."
- Ms. Doe stressed: "I don't want to drag my family through the suffering I've been going through."
- Ms. Doe, the daughter of Mexican immigrants, said she comes from a deeply religious family and said she has never been interested in having the type of kinky experiences she says Rose suggested. "I'm not that type of person and Derrick knows that."
- Ms. Doe said: "He tried to get me to do stuff via video and I said no to that. I wouldn't send any videos or pictures of me, in any way. He just knew that's how I was. When we had a falling out he knew I was over him asking me to

> engage. . . in a foursome. I told him he knew exactly how I was and if we were not going to be in a relationship because of that we would just remain friends. There was nothing leading to that night that would let his friends think that I would want to be with them at all."

(2) Jane Doe's extensive interview with the Associated Press reporter Janie McCauley, as reported in AP's Big Story entitled "AP Exclusive: Accuser in Rose rape lawsuit tells her story," dated September 14, 2016, *at* http://bigstory.ap.org/article/45c2cb76be434de5854f38239b049727/ap-exclusive-accuser-derrick-rose-rape-case-has-secret. *See* Baute Decl. Ex. J.

The article states:

> The woman is the youngest child from a large, conservative and religious family from Mexico. If her parents learn the truth, she fears devastating the entire family. "They already have very traditional cultural expectations of me," she said.

As to hiding the alleged rape and lawsuit seeking $21.5 million in damages from her family, Ms. Doe said:

> They have a sense something's wrong, but there's no way I can express to them or explain to them how I feel or what I'm going through. Having to think of alternative ways to communicate that pain is very stressful and it takes a lot out of you.

Ms. Doe's attorney Mr. Anand accused Mr. Rose's attorneys of using a "campaign of harassment" to try to intimidate Ms. Doe.

> It's been that way from Day 1. It's been very aggressive. There have been threats to leak her name to the public, attempts to depose her parents, who they know very well have no knowledge of this.

(3) The *USA Today* reprinted the AP interview in an article entitled "AP: Accuser in Derrick Rose rape case insistent on remaining anonymous," dated September 14, 2016, *at* http://www.usatoday.com/story/sports/nba/2016/09/14/ap-exclusive-accuser-in-derrick-rose-rape-case-has-a-secret/90366570/. Baute Decl. Ex. K.

(4) *New York Daily News* article by Stefan Bondy dated September 14, 2016, "Derrick Rose gang-rape accuser, hoping to maintain anonymity, tells the News that Knicks point guard 'has to deal with' what he did," *at* http://www.nydailynews.com/sports/basketball/knicks/derrick-rose-rape-accuser-deal-article-1.2792591. Baute Decl. Ex. L. In the *New York Daily News* article, Ms. Doe stated that Mr. Rose is a "in a bad place" and "has to deal with" what he did to her:

> I think he must be in a bad place with everything that happened to me. I just feel like knowing that he was able to do what he did, he has to deal with that. He has to deal with that. He has to deal with what he did to me with his friends. I think that alone is a huge deal for him whether he's showing it or not.

Ms. Doe continued:

> The person I met is different from what happened, than what transpired after we stopped talking. I just think he's in a bad place and I know that he's confused and his environment has really influenced his actions and his understanding of what's right and wrong.

(5) Ms. Doe's 90-minute interview with *Think Progress* reporter Lindsay Gibbs, as reported in the article entitled "She accused NBA star Derrick Rose of gang rape. This is her story in her own words" dated September 14, 2016, *at* https://thinkprogress.org/derrick-rose-rape-accuser-speaks-7d7f6dab74be#.8jprv1957. Baute Decl. Ex. M. The interview includes an extensive narrative from Ms. Doe and

quotes from her attorneys Mr. McCoy and Mr. Anand, during which she voluntarily injected topics about her sexual behavior and her relationship with her parents.

Ms. Doe denied dating:

> No, I don't date, and I haven't had someone close to me of the opposite sex. It hasn't happened. Yeah, I'm busy for school, but I haven't been able to see myself in a relationship.

Ms. Doe explained at length why it is so important that her parents—whom Ms. Doe prevented from being deposed in violation of court orders—do not find out about the alleged rape and this lawsuit:

> It's very important for me because of my family. I want to keep this away from my mother and father mainly, and possibly the rest of my family members. I come from a big family and although my parents are only Spanish speaking, anything can spark the interest of my nieces and nephews and brothers and sisters. It could come back to my mom, who right now is very ill and dealing with a lot of health issues. I wouldn't want any stress on her, and I wouldn't want anything affecting her or affecting my father. My mom is sick, she's in a wheelchair and she's older; she's 71 and my dad is 82. I am the youngest in my family. There's a gap between me and my brothers and sisters. I'm the one who is around my family the most, who has the responsibility of taking care of my mother. Her health is priority to me, and also to my family. This would weigh heavily on my mother, and it would definitely have an affect on her, and that would in turn impact all of us. They're elderly and I'm a part-time caregiver for my

> mother, so it's very important for me to do everything I can to make sure that my family's needs are met and they're still in good standing and have no stress or pressure placed on them.

Ms. Doe stated that she moved to be "closer to home" after the alleged assault and that she feels "safer close to my family":

> I wanted to be closer to home, and now I am, I'm just an hour and a half drive away in San Francisco. My life has been more focused on my family and understanding everything that I used to fight against. Understanding why my mom and my sisters decided to be a stay-at-home moms and why I decided to be independent. And I do think about my family a lot more, especially my nieces, and fear that something might happen to them, and fear for my own unborn children.

Ms. Doe described herself as "very independent and very competitive" and "always trying to prove myself" to her "traditional and cultural" parents and their "strict gender roles":

> Before all this I was very independent and very competitive. I would always keep myself busy with both work and school. I was always trying to prove myself to my parents. They're very traditional and cultural, and they're big in religion and they had strict gender roles. My mom has always been a stay-at-home mom, they're very domestic. My father has been the opposite. He's been the one that is working 24/7. So I always wanted to be able to do both roles. To be able to one day take care of them because I am the youngest child and that is my

1 responsibility. I would go out of my way to be strong and
2 to be secure and just be able to be equal to a man, and that's
3 how I was always. And my parents know that and my
4 brothers and sisters know that. There was a lot of
5 communication going on back and forth about this because
6 nobody else had tried to be independent. All my brothers
7 and sisters got married really young and stayed near my
8 parents, and stuck really to the tradition and culture. So,
9 everything that I was doing was new to my family.

10 Ms. Doe discussed her close relationship with her parents:

11 I was still traveling to [my hometown] every two weeks to
12 make sure my parents were okay, my mother was okay,
13 because it was really hard for her to deal with my move,
14 and that was my top priority, just making sure her needs
15 were met even though I chose to move to L.A. When I met
16 Rose, he understood that. I spoke to him about that. I had
17 just arrived from seeing my family when I met him. He
18 knew every time I would go back to see my family, and he
19 spoke a lot about his family, how close he was with his
20 mother. We had that in common. I related to him. His
21 responses were similar to my responses when it came to
22 family and what we cared for.

23 Ms. Doe described herself as "very shy":

24 Yeah, he was very shy and that drew me in because I'm
25 very shy as well, so when it comes to a personal
26 relationship or when we're getting to know each other I'm
27 the same way. I kind of saw myself in a reflection of him.
28 We were very similar in many ways, and like I said before,

          he was very close to his mom. I remember he was attentive, too.

Mr. McCoy and Mr. Anand accused Mr. Rose's lawyers of "manipulation of facts" and "coaching" Mr. Rose. Ms. Redmond Brown stated that Mr. Rose "could pass" a lie detector test "[b]ecause he doesn't see what he did as wrong. That is simply how his culture functions."

(6)    The *New York Daily News* article by Stefan Bondy entitled "Phil Jackson admits he was 'aware' of rape claims surrounding Derrick Rose, but went ahead with trade anyway" last updated September 15, 2016, at http://www.nydailynews.com/sports/basketball/knicks/phil-jackson-probe-rose-rape-suit-knicks-trade-article-1.2792749 includes the following quotes from Ms. Doe's attorneys Mr. Anand and Mr. McCoy:

Mr. Anand stated:

    My first reaction was maybe they're hiding this from the Knicks and passed him off without giving full disclosures, but it seems to me like the Knicks should've done their own investigation . . . I think (the Knicks) should've conducted that big word (and called me). . . . I think I would've shown them the documents that were public, that were fair game, and I think it all speaks for itself. (Rose's) testimony certainly revealed a lot. Just showing them the evidence that's already out, they would've gotten a very clear idea about what actually happened.

Mr. McCoy stated: "(Rose's) camp is not really giving him the right advice. He's going to have to suffer the consequences at the end of the day."

The article also reports that it is the "preference of the plaintiff" that the case settles. *See* Baute Decl. Ex. N.

## III. CONCLUSION

Ms. Doe's lawyers have violated two CRPC provisions, the one about not influencing jurors pretrial based on media pandering, and the other provision about making veiled threats of criminal prosecution to gain a collateral advantage in a civil case. Because Jane Doe and her lawyers are openly pandering to the media on a nationwide media campaign, Ms. Doe should be precluded from using a pseudonym for any purpose, including media coverage. The media interviews also confirm that Ms. Doe willfully prevented her parents from being deposed in this matter in violation of court orders. Mr. Rose's motion for sanctions should be granted, and the Court should strike all emotional distress damages from the case.

DATED: September 16, 2016      BAUTE CROCHETIERE & GILFORD LLP

By: /s/ Mark D. Baute
MARK D. BAUTE
COURTNEY A. PALKO
Attorneys for Defendant
DERRICK ROSE, an individual

# PROOF OF SERVICE

**JANE DOE v. DERRICK ROSE**
Case No. CV 15-7503-MWF(JCx) [2235.1]

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 777 South Figueroa Street, Suite 4900, Los Angeles, CA 90017.

On this date below, I served true copies of the following document(s) described as **NOTICE OF PLAINTIFF'S EXTENSIVE PRETRIAL MEDIA INTERVIEWS AND NATIONAL PRESS CONFERENCE OF SEPTEMBER 14 AND 15, 2016** on the interested parties in this action as follows:

**(\*\*SEE ATTACHED SERVICE LIST\*\*)**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 16, 2016, at Los Angeles, California.

/s/ Courtney A. Palko
COURTNEY A. PALKO

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

249836.1

i

Case No. CV 15-7503-MWF(JCx)

**NOTICE OF PLAINTIFF'S EXTENSIVE PRETRIAL MEDIA INTERVIEWS AND PRESS CONFERENCE OF SEPTEMBER 14 AND 15, 2016**

# SERVICE LIST

**JANE DOE v. DERRICK ROSE**
Case No. CV 15-7503-MWF(JCx) [2235.1]

| | |
|---|---|
| Brandon J. Anand, Esq.<br>ANAND LAW, PC<br>5455 Wilshire Blvd., Suite 1812<br>Los Angeles, CA 90036<br>Telephone: (323) 325-3389<br>Fax: (323) 488-9659<br>E-mail: brandon@anandlaw.com;<br>info@anandlaw.com | *Attorneys for Plaintiff*<br>*JANE DOE* |
| Waukeen Q. McCoy, Esq.<br>McCOY LAW FIRM P.C.<br>555 Montgomery Street, Suite 1100<br>San Francisco, CA 94111<br>Telephone: (415) 675-7705<br>Fax: (415) 675-2530<br>E-mail: mail@mccoyslaw.com | *Attorneys for Plaintiff*<br>*JANE DOE* |
| Thaddeus J. Culpepper, Esq.<br>CULPEPPER LAW GROUP<br>3818 Crenshaw Blvd., Suite 905<br>Los Angeles, CA 90008<br>Telephone: (310) 997-0806<br>E-mail: culpepper@alumni.pitt.edu | *Attorneys for Plaintiff*<br>*JANE DOE* |
| Patrick M. Maloney, Esq.<br>THE MALONEY FIRM, APC<br>2381 Rosecrans Avenue, Suite 405<br>El Segundo, California 90245<br>Telephone: (310) 540-1505<br>Fax: (310) 540-1507<br>E-mail: pmaloney@maloneyfirm.com | *Attorneys for Defendants*<br>*RANDALL HAMPTON and RYAN ALLEN* |
| Michael D. Monico, Esq.<br>Barry A. Spevack, Esq.<br>MONICO & SPEVACK<br>20 S. Clark Street, Suite 700<br>Chicago, IL 60603<br>Telephone: (312) 782-8500<br>Fax: (312) 759-2000<br>E-mail: mm@monicolaw.com | *Attorneys for Defendants*<br>*RANDALL HAMPTON and RYAN ALLEN* |

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

249836.1

ii

Case No. CV 15-7503-MWF(JCx)

**NOTICE OF PLAINTIFF'S EXTENSIVE PRETRIAL MEDIA INTERVIEWS AND PRESS CONFERENCE OF SEPTEMBER 14 AND 15, 2016**