1  Brandon Anand, Esq. (SBN: 262183)
   ANAND LAW, PC
2  5455 Wilshire Blvd., Ste. 1812
   Los Angeles, CA  90036
3  Telephone:  323-325-3389
   Facsimile:  323.488.9659
4  Email: brandon@anandlaw.com

5  WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
   McCoy Law Firm, PC
6  555 Montgomery Street, Suite 1100
   San Francisco, California 94111
7  Telephone (415) 675-7705
   Facsimile (415) 675-2530
8
   Attorneys for Plaintiff
9  JANE DOE

10

11                  UNITED STATES DISTRICT COURT

12       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

13

14  JANE DOE (A Pseudonym),                  Case No. **CV 15-7503-MWF(JCx)**

15                    Plaintiff,
                                             **PLAINTIFF DOE'S ADDITIONAL**
16           v.                              **JURY INSTRUCTIONS CACI 1303**
                                             **"MODIFIED" AND SPECIAL JURY**
17  DERRICK ROSE, an Individual;             **INSTRUCTION NO. 3**
    RANDALL HAMPTON, and
18  Individual; RYAN ALLEN, an               **PRETRIAL CONFERENCE:**
    Individual; and DOES 1-10 Inclusive,     Date:       September 20, 2016
19                                           Time:       9:30 a.m.
                                             Location:   Courtroom 1600
20                    Defendants.            Judge:      Hon. Michael Fitzgerald

21                                           **Trial Date**:     October 4, 2016

22

23

24

25

26
          Plaintiff Jane Doe submits the following additional proposed jury
27
    instructions.
28

PLAINTIFF DOE'S ADDITIONAL JURY INSTRUCTION CACI 1303 AND SPECIAL JURY
INSTRUCTION NO. 3
1

**CACI 1303 [Modified].**
**Invalid Consent**

Plaintiff Doe claims no consent was obtained by Defendants Rose, Hampton and Allen to have sexual intercourse with her. If Plaintiff proves that she was incapacitated, then you must find she did not consent.

Source: CACI No. 1303 Invalid Consent "Modified"

Given:_____

Given as modified:_____

Refused:_____

Withdrawn:_____

1

<u>**Plaintiffs' Separate Instruction #3:**</u>

2

**Affirmative Consent**

3   Affirmative consent standard is the determination of whether consent was given by both

4   parties to sexual activity.  "Affirmative consent" means affirmative, conscious, and voluntary

5   agreement to engage in sexual activity.  It is the responsibility of each person involved in the

6   sexual activity to ensure that he or she has the affirmative consent of the other or others to

7   engage in sexual activity.  Lack of protest or resistance does not mean consent, nor does silence

8   mean consent.  Affirmative consent must be ongoing throughout a sexual activity and can be

9   revoked at any time.  The existence of the dating relationship between the persons involved, or

10   the fact of past sexual relations between them, should never by itself be assumed to be an

11   indicator of consent.

12

13

14   **Plaintiffs' Authority re: Separate Instruction #3:**

15   Sen. Bill No. 967, Reg. Sess. 2013-2014 (Cal. 2014)

16

17

18

19

20

21

22   Given:_____

23   Given as modified:____

24   Refused:____

25   Withdrawn:____

26

27

28

**PLAINTIFF DOE'S ADDITIONAL JURY INSTRUCTION CACI 1303 AND SPECIAL JURY INSTRUCTION NO. 3**