Brandon J. Anand (SBN 262183)
Anand Law, PC
5455 Wilshire Boulevard, Suite 1812
Los Angeles, California 90036
T: 323-325-3389
F: 323-488-9659

Waukeen Q. McCoy, Esq. (SBN 168228)
McCoy Law Firm, PC
555 Montgomery Street, Suite 1100
San Francisco, California 94111
T: 415-675-7705
F: 415-227-4478

*Attorneys for Plaintiff JANE DOE, a pseudonym*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE DOE (A Pseudonym); <br><br> Plaintiff, <br><br> vs. <br><br> DERRICK ROSE, an Individual; RANDALL HAMPTON, an Individual; RYAN ALLEN, an Individual; and DOES 1-10, inclusive; <br><br> Defendants. | **Case No.: CV 15-7503-MWF(JCx)** <br><br> **Complaint Filed: August 26, 2015** <br><br> **PLAINTIFF JANE DOE'S WITNESS LIST (9/28/2016)** <br><br> **<u>CONTINUED PRETRIAL CONFERENCE</u>:** <br> Date:     September 29, 2016 <br> Time:     10:00 a.m. <br> Location: Courtroom 1600 <br> Judge:    Hon. Michael Fitzgerald <br><br> **Trial Date**:        October 4, 2016 <br><br> Judge: Hon. Michael W. Fitzgerald |

Pursuant to the Court's Amended Order re Jury Trial, Plaintiff submits the following Witness list:

**PLAINTIFF'S WITNESS LIST**

|   | WITNESS NAME | APPEAR (LIVE or DEPO) | SUBSTANCE OF TESTIMONY | ESTIMATE OF LENGTH |
|---|---|---|---|---|
| 1. | Jane Doe | LIVE | Plaintiff | 5 hours |
| 2. | Jessica "Kendra" Groff | LIVE | Testimony re: what took place on August 26, 2013 | 3 hours |
| 3. | Dr. Elena Konstat, Ph.D | LIVE | Expert testimony re: Plaintiff suffered traumatic event; Plaintiff's symptoms are consistent with sexual assault; Plaintiff's actions following sexual assault were consistent with many sexual assault victims; Testimony re: changes in Plaintiff subsequent to rape | 2 hours |
| 4. | Okorie Okorocha, M.S., M.S., J.D. | LIVE | Expert testimony re: Plaintiff's intoxicated state; variety of drugs can and are used as "date rape" drugs and Dr. Lykissa's evaluation of Rohypnol is both inaccurate in terms of symptoms reported and inconclusive as it is nonsensical to only evaluate for one drug. Testimony re: lack of credibility of defense expert | 2 hours |

| | WITNESS NAME | APPEAR (LIVE or DEPO) | SUBSTANCE OF TESTIMONY | ESTIMATE OF LENGTH |
|---|---|---|---|---|
| 5. | Tommie McCaster, III | LIVE | Co-worker of Jane Doe and Keyana Lavergne on day of incident; Testimony re: interaction with Jane Doe on August 27, 2013 including listening to call from Ryan Allen; Details of sexual assault told to her by Plaintiff; Details of requests to engage in group sex by Defendant Rose; knowledge of Keyana Lavergne; | 2 hours |
| 6. | Kasturi Anderson | LIVE | Heard Defendant Ryan Allen ("ALLEN") on speakerphone after ALLEN called DOE after the rapes and stated that "he was not aware that Jane was drugged that night," and indicated "he thought she had wanted it." Allen further stated that "this is what they do all the time, especially when they are in LA; the girls in LA ask them to have group sex with them because they recognize them as NBA players." Referral of Jane Doe to lawyer. | 1.5 hours |
| 7. | Jacklyn Moreno | LIVE | On-site apartment manager at time of incident. Knowledge that the entrance doors to apartment at top of stairs had no buzzer. | 1.5 hours |
| 8. | Claudia Carleo | LIVE | Plaintiff's roommate on August 27, 2013; Deposition testimony re: location of her room not next to Plaintiff's; man "running" from Plaintiff's room towards her, "came to [her] door" and "tried to come in" her room, and that she "shut [her] bedroom] door and locked it"; front door of apartment and | 1.5 hour |

-3-

PLAINTIFF JANE DOE'S WITNESS LIST

| | WITNESS NAME | APPEAR (LIVE or DEPO) | SUBSTANCE OF TESTIMONY | ESTIMATE OF LENGTH |
|---|---|---|---|---|
| | | | front door of complex routinely left open; routinely sleeps with fan on; sister Marcella was out the whole night and didn't return until late the next day; details of sexual assault told to her by Plaintiff, including that Plaintiff "said they raped her", that Plaintiff "had a blanket that had blood on it and she did show me and my sister this blanket"; Plaintiff "never really said anything about money, but she did say those guys raped her and- -"; Claudia didn't ever talk to Plaintiff about Derrick Rose other than about the rape, "Plaintiff and my sister were the close ones"; | |
| 9. | Marcella Carleo | LIVE | Plaintiff's roommate on day of August 27, 2013; testimony that she was not at apartment during early morning hours of August 27, 2013 and that she was gone for the night and did not return until late August 27, 2013; testimony that her sister's room was no connected to Plaintiff's; testimony re: front door of apartment and front door of complex routinely left open; details of sexual assault told to her by Plaintiff; Testimony re: changes in Plaintiff subsequent to rape | 2 hours |
| 10. | B.J. Armstrong | LIVE | Testimony re: net worth of Defendant Derrick Rose | 2 hours |
| 11. | Toi Salter | TRIAL DEPO | Testimony re: net worth of Defendant Derrick Rose | 2 hours |

**PLAINTIFF JANE DOE'S WITNESS LIST**

| | WITNESS NAME | APPEAR (LIVE or DEPO) | SUBSTANCE OF TESTIMONY | ESTIMATE OF LENGTH |
|---|---|---|---|---|
| 12. | Custodian of Records of NCAA | LIVE | Testimony re: NCAA University of Memphis Public Infractions Report (August 2009), including investigation, Defendant Rose's failure to respond, and penalties imposed | |
| 13. | Custodian of Records of Educational Testing Service | LIVE | Testimony re: investigation into allegations that Defendant Rose cheated on standardized college entrance examination, Defendant Rose's failure to respond, and findings. | |
| 14. | Reuben Vaisman-Tzachor, Ph.D., FACFEI, FAPA, DABPS, DABCHS | LIVE | Percipient testimony re: number and timing of Plaintiff's evaluation sessions; observations of Plaintiff's paranoia and fear of being followed; Expert rebuttal in the event Plaintiff's MIL No. 6 is not granted. | |
| 15. | Custodian of records, Apartment Management/Owner company | LIVE | Testimony re authentication of blueprints of apartment building | |

Dated: September 28, 2016

**ANAND LAW, PC**

By: /s/ BRANDON J ANAND
Attorneys for Plaintiff JANE DOE