# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 15-7503-MWF(JCx) |
| Title: | Monica Rios v. Derrick Rose, et al. |
| Date | October 4, 2016 |

Present: The Honorable **MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE**

| Rita Sanchez | Nichole Forrest/Terri Hourigan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Brandon Anand/Waukeen Q. McCoy Ronak Patel | Mark D. Baute/Courtney A. Palko/Patrick Maloney Michael D. Monico/Scott J. Krischke |

____ Day Court Trial       1st Day Jury Trial

____ One day trial:    ____ Begun (1st day);    X  Held & Continued;    ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by
____ Witnesses called, sworn and testified.    ____ Exhibits Identified    ____ Exhibits admitted.
____ Plaintiff(s) rest.    ____ Defendant(s) rest.
____ Closing arguments made by    ____ plaintiff(s)    ____ defendant(s).    ____ Court instructs jury.
____ Bailiff(s) sworn.    ____ Jury retires to deliberate.    ____ Jury resumes deliberations.
____ Jury Verdict in favor of    ____ plaintiff(s)    ____ defendant(s) is read and filed.
____ Jury polled.    ____ Polling waived.
____ Filed Witness & Exhibit Lists    ____ Filed jury notes.    ____ Filed jury instructions.
____ Judgment by Court for    ____ plaintiff(s)    ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by    ____ plaintiff(s)    ____ defendant(s).
____ Case submitted.    ____ Briefs to be filed by
____ Motion to dismiss by _____ is    ____ granted.    ____ denied.    ____ submitted.
____ Motion for mistrial by _____ is    ____ granted.    ____ denied.    ____ submitted.
____ Motion for Judgment/Directed Verdict by _____ is    ____ granted.    ____ denied.    ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to   Wednesday, October 5, 2016 at 8:15 a.m.   for further trial/further jury deliberation.
✓ Other:  Voir Dire process.

06 : 35
Initials of Deputy Clerk    rs

cc: