BRANDON J. ANAND (SBN 262183)
**ANAND LAW, PC**
5455 Wilshire Boulevard, Suite 1812
Los Angeles, CA 90036
T: (323) 325-3389
F: (323) 488-9659
brandon@anandlaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE DOE (A Pseudonym);<br><br>Plaintiff,<br><br>vs.<br><br>DERRICK ROSE, an Individual; RANDALL HAMPTON, an Individual; RYAN ALLEN, an Individual; and DOES 1-10, inclusive;<br>        Defendants. | **Case No.: CV 15-7503-MWF(JCx)**<br><br>**PLAINTIFF JANE DOE'S APPLICATION TO FILE OPPOSITION TO DEFENDANT'S MOTION UNDER SEAL** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to LR 79-5.2.2(b), Plaintiff Jane Doe ("Plaintiff"), through her attorneys of record, hereby applies to this Court for an Order to file the documents listed below under seal:

Plaintiff's Opposition to Defendant Rose's Motion for Mistrial.

//

//

//

1  The foregoing contains information which must be filed under seal pursuant
2  to FRE 412.
3
4  Dated: October 12, 2016                    **ANAND LAW, PC**
5
                                              By: <u>/s/ Brandon J. Anand</u>
6                                                  BRANDON J. ANAND
                                                   *Attorneys for Plaintiff*
7                                                  JANE DOE