# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CV 15-7503-MWF(JCx) |
| Title: | Monica Rios v. Derrick Rose, et al. |
| Date | October 11, 2016 |

Present: The Honorable **MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE**

| Rita Sanchez | Nichole Forrest/Terri Hourigan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Brandon Anand/Waukeen Q. McCoy | Mark D. Baute/Courtney A. Palko |
| Ronak Patel | Michael D. Monico/Scott J. Krischke |

____ Day Court Trial  **5th** Day Jury Trial

____ One day trial:  ____ Begun (1st day);  **X** Held & Continued;  ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by

✓ Witnesses called, sworn and testified.  ✓ Exhibits Identified  ✓ Exhibits admitted.

____ Plaintiff(s) rest.  ____ Defendant(s) rest.

____ Closing arguments made by  ____ plaintiff(s)  ____ defendant(s).  ____ Court instructs jury.

____ Bailiff(s) sworn.  ____ Jury retires to deliberate.  ____ Jury resumes deliberations.

____ Jury Verdict in favor of  ____ plaintiff(s)  ____ defendant(s) is read and filed.

____ Jury polled.  ____ Polling waived.

____ Filed Witness & Exhibit Lists  ____ Filed jury notes.  ____ Filed jury instructions.

____ Judgment by Court for  ____ plaintiff(s)  ____ defendant(s).

____ Findings, Conclusions of Law & Judgment to be prepared by  ____ plaintiff(s)  ____ defendant(s).

____ Case submitted.  ____ Briefs to be filed by

____ Motion to dismiss by _____ is ____ granted.  ____ denied.  ____ submitted.

____ Motion for mistrial by _____ is ____ granted.  ____ denied.  ____ submitted.

____ Motion for Judgment/Directed Verdict by _____ is ____ granted.  ____ denied.  ____ submitted.

____ Settlement reached and placed on the record.

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Trial subpoenaed documents returned to subpoenaing party.

✓ Case continued to  Wednesday, October 12, 2016 at 8:00 a.m.  for further trial/further jury deliberation.

✓ Other: Outside the presence of the jury, Court and counsel discuss witnesses and exhibits.

6 : 55

Initials of Deputy Clerk  rs

cc: