# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CV 15-7503-MWF(JCx) |
| Title: | Monica Rios v. Derrick Rose, et al. |
| Date | October 13, 2016 |

Present: The Honorable **MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE**

| Rita Sanchez | Nichole Forrest/Terri Hourigan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Brandon Anand/Waukeen Q. McCoy | Mark D. Baute/Courtney A. Palko |
| Ronak Patel | Michael D. Monico/Scott J. Krischke |

\_\_\_ Day Court Trial     7th Day Jury Trial

\_\_\_ One day trial:   \_\_\_ Begun (1st day);   X Held & Continued;   \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by
✓ Witnesses called, sworn and testified.   ✓ Exhibits Identified   ✓ Exhibits admitted.
\_\_\_ Plaintiff(s) rest.   \_\_\_ Defendant(s) rest.
\_\_\_ Closing arguments made by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).   \_\_\_ Court instructs jury.
\_\_\_ Bailiff(s) sworn.   \_\_\_ Jury retires to deliberate.   \_\_\_ Jury resumes deliberations.
\_\_\_ Jury Verdict in favor of   \_\_\_ plaintiff(s)   \_\_\_ defendant(s) is read and filed.
\_\_\_ Jury polled.   \_\_\_ Polling waived.
\_\_\_ Filed Witness & Exhibit Lists   \_\_\_ Filed jury notes.   \_\_\_ Filed jury instructions.
\_\_\_ Judgment by Court for   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Case submitted.   \_\_\_ Briefs to be filed by
\_\_\_ Motion to dismiss by _____ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Motion for mistrial by _____ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Motion for Judgment/Directed Verdict by _____ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Settlement reached and placed on the record.
\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to   Friday, October 14, 2016 at 8:15 a.m.   for further trial/further jury deliberation.
✓ Other: Outside the presence of the jury, Court and counsel discuss witnesses and exhibits.

03 : 10

Initials of Deputy Clerk   rs

cc: