Brandon J. Anand (SBN 262183)
Anand Law, PC
5455 Wilshire Boulevard, Suite 1812
Los Angeles, California 90036
T: 323-325-3389
F: 323-488-9659

Waukeen Q. McCoy, Esq. (SBN 168228)
McCoy Law Firm, PC
555 Montgomery Street, Suite 1100
San Francisco, California 94111
T: 415-675-7705
F: 415-227-4478

*Attorneys for Plaintiff JANE DOE, a pseudonym*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JANE DOE (A Pseudonym);<br><br>Plaintiff,<br><br>vs.<br><br>DERRICK ROSE, an Individual; RANDALL HAMPTON, an Individual; RYAN ALLEN, an Individual; and DOES 1-10, inclusive;<br><br>Defendants. | **Case No.: CV 15-7503-MWF(JCx)**<br><br>**Complaint Filed: August 26, 2015**<br><br>**EVIDENTIARY OBJECTIONS TO DEFENDANT ROSE'S DESIGNATION OF DEPOSITION TESTIMONY OF KEYANA LAVERGNE**<br><br>Place:   Courtroom 1600<br><br>Judge:   Hon. Michael W. Fitzgerald |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Jane Doe hereby submits the following objections to evidence submitted by Defendant Derrick Rose in his Notice of Designation of Deposition Testimony of Keyana Lavergne (Document 270):

| Transcript Page and Lines Objected To | Grounds for Objection |
|---|---|
| 71:16-73:10 | Violation of Order on Plaintiff's Motion in Limine No. 2 (Document 265) |
| 105:19-107:19 | Violation of Order on Plaintiff's Motion in Limine No. 2 (Document 265) |
| 118:17-119-8 | FRE 412 |
| 119:12-120:1 | FRE 412 |
| 142:9-143:18 | Violation of Order on Plaintiff's Motion in Limine No. 2 (Document 265) |
| 169:25-170:5 | Violation of Order on Plaintiff's Motion in Limine No. 2 (Document 265) |
| 170:11-12 | FRE 412 |
| 170:14-18 | FRE 412 |
| 170:20-171:1 | FRE 412 |

| | |
|---|---|
| 171:15-25 | FRE 412 |
| 174:5-175:9 | FRE 412 |

DATED: October 16, 2016      ANAND LAW, PC

/s/ Brandon J. Anand
BRANDON J. ANAND

*Attorneys*