FILED
CLERK, U.S. DISTRICT COURT
OCT 19 2016
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# LIST OF EXHIBITS AND WITNESSES

| | | | |
|---|---|---|---|
| **Case Number** | CV 15-7503-MWF(JCx) | **Title** | Monica Rose v. Derrick Rose, et al. |
| **Judge** | Michael W. Fitzgerald, U.S. District Judge | | |
| **Dates of Trial or Hearing** | 10/04/16 OCT - 5 2016 OCT - 6 2016 OCT - 7 2016 OCT 11 2016 OCT 12 2016 OCT 13 2016 OCT 14 2016 OCT 18 2016 OCT 19 2016 | | |
| **Court Reporters or Tape No.** | Nichole Forrest/Terri Hourigan | | |
| **Deputy Clerks** | Rita Sanchez, Cheryl Wynn | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Brandon J. Anand | Mark Baute |
| Waukeen Q. McCoy | Courtney A. Palko |
| Ronak Patel | Michael D. Monico |
| | Scott J. Krischke |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| OCT - 6 2016 | | | | | | Monica Rios | |
| OCT - 7 2016 | | | | | | Monica Rios | |
| OCT - 7 2016 | | | | | | Derrick Rose | |
| OCT 11 2016 | | | | | | Randall Hampton | |
| OCT 12 2016 | | | | | | Dr. Ernest Lykissa | |
| OCT 12 2016 | | | | | | Randall Hampton | |
| OCT 12 2016 | | | | | | Ryan Allen | |
| OCT 13 2016 | | | | | | Ryan Allen | |
| OCT 13 2016 | | | | | | Jessica Groff | |
| OCT 14 2016 | | | | | | Claudia Carleo | |
| OCT 14 2016 | | | | | | Tommie McCaster III | |
| OCT 14 2016 | | | | | | Marcela Carleo | |
| OCT 14 2016 | | | | | | Okorie Okorocha, M.S., J.D. | |
| OCT 14 2016 | | | | | | Gabriela Chavez | |
| OCT 14 2016 | | | | | | Dr. Jayme Jones | |
| OCT 14 2016 | | | | | | Monica Rios | |
| OCT 18 2016 | | | | | | Monica Rios | |
| OCT 18 2016 | | | | | | Elena Konstadt | |
| OCT 18 2016 | | | | | | Ryan Allen | |
| OCT 18 2016 | | | | | | Derrick Rose | |
| OCT 18 2016 | | | | | | Randall Hampton | |

Brandon J. Anand (SBN 262183)
Anand Law, PC
5455 Wilshire Boulevard, Suite 1812
Los Angeles, California 90036
T: 323-325-3389
F: 323-488-9659

Waukeen Q. McCoy, Esq. (SBN 168228)
McCoy Law Firm, PC
555 Montgomery Street, Suite 1100
San Francisco, California 94111
T: 415-675-7705
F: 415-227-4478

*Attorneys for Plaintiff JANE DOE, a pseudonym*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

JANE DOE (A Pseudonym);

Plaintiff,

vs.

DERRICK ROSE, an Individual; RANDALL HAMPTON, an Individual; RYAN ALLEN, an Individual; and DOES 1-10, inclusive;

Defendants.

**Case No.: CV 15-7503-MWF(JCx)**

**Complaint Filed: August 26, 2015**

**PLAINTIFF JANE DOE'S WITNESS LIST (9/28/2016)**

**CONTINUED PRETRIAL CONFERENCE:**
Date: September 29, 2016
Time: 10:00 a.m.
Location: Courtroom 1600
Judge: Hon. Michael Fitzgerald

**Trial Date:** October 4, 2016

Judge: Hon. Michael W. Fitzgerald

Case 2:15-cv-07503-MWF-JC Document 287 Filed 09/28/16 Page 2 of 5 Page ID #:10166

Pursuant to the Court's Amended Order re Jury Trial, Plaintiff submits the following Witness list:

**PLAINTIFF'S WITNESS LIST**

| | WITNESS NAME | APPEAR (LIVE or DEPO) | SUBSTANCE OF TESTIMONY | ESTIMATE OF LENGTH |
|---|---|---|---|---|
| 1. | Jane Doe | LIVE | Plaintiff OCT - 6 2016 OCT - 7 2016 OCT 18 2016 | 5 hours |
| 2. | Jessica "Kendra" Groff | LIVE | Testimony re: what took place on August 26, 2013 OCT 13 2016 | 3 hours |
| 3. | Dr. Elena Konstat, Ph.D | LIVE | Expert testimony re: Plaintiff suffered traumatic event; Plaintiff's symptoms are consistent with sexual assault; Plaintiff's actions following sexual assault were consistent with many sexual assault victims; Testimony re: changes in Plaintiff subsequent to rape | 2 hours OCT 18 2016 |
| 4. | Okorie Okorocha, M.S., M.S., J.D. | LIVE | Expert testimony re: Plaintiff's intoxicated state; variety of drugs can and are used as "date rape" drugs and Dr. Lykissa's evaluation of Rohypnol is both inaccurate in terms of symptoms reported and inconclusive as it is nonsensical to only evaluate for one drug. Testimony re: lack of credibility of defense expert | 2 hours OCT 14 2016 |

| | WITNESS NAME | APPEAR (LIVE or DEPO) | SUBSTANCE OF TESTIMONY | ESTIMATE OF LENGTH |
|---|---|---|---|---|
| 5. | Tommie McCaster, III | LIVE | Co-worker of Jane Doe and Keyana Lavergne on day of incident; Testimony re: interaction with Jane Doe on August 27, 2013 including listening to call from Ryan Allen; Details of sexual assault told to her by Plaintiff; Details of requests to engage in group sex by Defendant Rose; knowledge of Keyana Lavergne; | 2 hours<br>OCT 14 2016 |
| 6. | Kasturi Anderson | LIVE | Heard Defendant Ryan Allen ("ALLEN") on speakerphone after ALLEN called DOE after the rapes and stated that "he was not aware that Jane was drugged that night," and indicated "he thought she had wanted it." Allen further stated that "this is what they do all the time, especially when they are in LA; the girls in LA ask them to have group sex with them because they recognize them as NBA players." Referral of Jane Doe to lawyer. | 1.5 hours |
| 7. | Jacklyn Moreno | LIVE | On-site apartment manager at time of incident. Knowledge that the entrance doors to apartment at top of stairs had no buzzer. | 1.5 hours |
| 8. | Claudia Carleo | LIVE | Plaintiff's roommate on August 27, 2013; Deposition testimony re: location of her room not next to Plaintiff's; man "running" from Plaintiff's room towards her, "came to [her] door" and "tried to come in" her room, and that she "shut [her bedroom] door and locked it"; front door of apartment and | 1.5 hour<br>OCT 14 2016 |

Case 2:15-cv-07503-MWF-JC Document 287 Filed 09/28/16 Page 4 of 5 Page ID #:10168

| | WITNESS NAME | APPEAR (LIVE or DEPO) | SUBSTANCE OF TESTIMONY | ESTIMATE OF LENGTH |
|---|---|---|---|---|
| | | | front door of complex routinely left open; routinely sleeps with fan on; sister Marcella was out the whole night and didn't return until late the next day; details of sexual assault told to her by Plaintiff, including that Plaintiff "said they raped her", that Plaintiff "had a blanket that had blood on it and she did show me and my sister this blanket"; Plaintiff "never really said anything about money, but she did say those guys raped her and- -"; Claudia didn't ever talk to Plaintiff about Derrick Rose other than about the rape, "Plaintiff and my sister were the close ones"; | |
| 9. | Marcella Carleo | LIVE | Plaintiff's roommate on day of August 27, 2013; testimony that she was not at apartment during early morning hours of August 27, 2013 and that she was gone for the night and did not return until late August 27, 2013; testimony that her sister's room was no connected to Plaintiff's; testimony re: front door of apartment and front door of complex routinely left open; details of sexual assault told to her by Plaintiff; Testimony re: changes in Plaintiff subsequent to rape | 2 hours<br>OCT 14 2016 |
| 10. | B.J. Armstrong | LIVE | Testimony re: net worth of Defendant Derrick Rose | 2 hours |
| 11. | Toi Salter | TRIAL DEPO | Testimony re: net worth of Defendant Derrick Rose | 2 hours |

| | WITNESS NAME | APPEAR (LIVE or DEPO) | SUBSTANCE OF TESTIMONY | ESTIMATE OF LENGTH |
|---|---|---|---|---|
| 12. | Custodian of Records of NCAA | LIVE | Testimony re: NCAA University of Memphis Public Infractions Report (August 2009), including investigation, Defendant Rose's failure to respond, and penalties imposed | |
| 13. | Custodian of Records of Educational Testing Service | LIVE | Testimony re: investigation into allegations that Defendant Rose cheated on standardized college entrance examination, Defendant Rose's failure to respond, and findings. | |
| 14. | Reuben Vaisman-Tzachor, Ph.D., FACFEI, FAPA, DABPS, DABCHS | LIVE | Percipient testimony re: number and timing of Plaintiff's evaluation sessions; observations of Plaintiff's paranoia and fear of being followed; Expert rebuttal in the event Plaintiff's MIL No. 6 is not granted. | |
| 15. | Custodian of records, Apartment Management/Owner company | LIVE | Testimony re authentication of blueprints of apartment building | |

Dated: September 28, 2016

**ANAND LAW, PC**

By: /s/ BRANDON J ANAND
Attorneys for Plaintiff JANE DOE

**BAUTE CROCHETIERE & GILFORD LLP**
MARK D. BAUTE (State Bar No. 127329)
mbaute@bautelaw.com
COURTNEY A. PALKO (State Bar No. 233822)
cpalko@bautelaw.com
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

*Attorneys for Defendant*
DERRICK ROSE

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

JANE DOE (A Pseudonym),

Plaintiff,

v.

DERRICK ROSE, an Individual; RANDALL HAMPTON, an Individual; RYAN ALLEN, an Individual; and DOES 1-10 Inclusive,

Defendants.

**Case No. CV 15-7503-MWF(JCx)**

Complaint Filed: August 26, 2015

**DEFENDANT DERRICK ROSE'S WITNESS LIST**

**TRIAL:**
Date: October 4, 2016
Time: 8:30 a.m.
Location: Courtroom 1600

Judge: Hon. Michael W. Fitzgerald

Pretrial Conference: September 19, 2016
Trial Date: October 4, 2016

| **WITNESSES FOR PLAINTIFF** | **DATES OF TESTIMONY** |
| --- | --- |

**WITNESSES FOR DEFENDANT**

| | |
| --- | --- |
| Plaintiff | |
| Derrick Rose | OCT 7 2016 OCT 11 2016 OCT 18 2016 |
| Ryan Allen | OCT 12 2016 OCT 13 2016 OCT 18 2016 |
| Randall Hampton | OCT 11 2016 OCT 12 2016 OCT 18 2016 |
| Claudia Carleo | OCT 14 2016 |
| Keyana LaVergne | OCT 18 2016 – depo |
| Gabriela Chavez | OCT 14 2016 |
| Dr. Ernest Lykissa | OCT 12 2016 |
| Dr. Jayme Jones | OCT 14 2016 |

DATED: October 3, 2016

BAUTE CROCHETIERE & GILFORD LLP

By: /s/ Mark D. Baute
MARK D. BAUTE
COURTNEY A. PALKO
Attorneys for Defendant
DERRICK ROSE

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

JANE DOE (A Pseudonym);

Plaintiff,

vs.

DERRICK ROSE, an Individual; RANDALL HAMPTON, an Individual; RYAN ALLEN, an Individual; and DOES 1-10, inclusive;

Defendants.

**Case No.: CV 15-7503-MWF(JCx)**

**EXHIBIT LIST**

| No. of Exhibit | Description | Date Identified | Date Admitted | Binder Tab No. |
|---|---|---|---|---|
| Pl. Ex. 4 | Excerpts of Text Messages Between Plaintiff and Defendant Rose (also referenced as Exhibit 500 in the Deposition of Defendant Derrick Rose, June 17, 2016 and referenced as Exhibit 2 in the Deposition of Defendant Randall Hampton, May 13, 2016) | 11/29/2015 OCT - 6 2016 | 5/12/2016 OCT - 6 2016 p. 1, 2 | 1 |
| Pl. Ex. 5 | Text Messages Between Plaintiff and Defendant Allen | 11/29/2015 OCT 1 8 2016 | 5/13/2016 OCT 1 8 2016 | 2 redacted |
| | Map of Exterior of Apartment Complex | OCT 1 8 2016 | OCT 1 8 2016 | 3 |
| | Map of Interior of Plaintiff's Unit in Apartment Complex | | | 4 |
| Pl. Ex. 7 | Defendant Allen's Phone Records OCT 1 2 2016 | 5/12/2016 | 5/12/2016 OCT 1 2 2016 | 5 p. 1 |
| | Defendant Rose Responses to Requests for Admission | | | 6 |
| | Defendant Allen Responses to Requests for Admission | | | 7 |
| | Defendant Hampton Responses to Requests for Admission | | | 8 |
| | Photograph of Front Entrance to Apartment Complex (top of stairs to left) | | | 9 |

| | | | | |
|---|---|---|---|---|
| | Photograph of Front Entrance to Apartment Complex (top of stairs to right) | | | 10 |
| | Photograph of Front Entrance to Apartment Complex (top of stairs in middle) | | | 11 |
| Ex. 901 | Expert Report by Defendant Rose's Designated Expert Ernest D. Lykissa Ph.D | 6/3/2016 OCT 1 4 2016 | 7/15/2016 | 12 |
| | Plaintiff Medical Records | | | 13 |
| Pl. Ex. 3 | Defendant Rose Answer and Affirmative Defenses (also referenced as Exhibit 1 in the Deposition of Randall Hampton, May 13, 2016) | 9/24/2015 | 5/12/2016 | 14 |
| | Declaration of Defendant Rose In Support of Reply In Support of Probative Evidence Under FRE 412 | 10/2/2016 | | 15 |
| | Defendant Rose's Lease for Beverly Hills Residence | | | 16 |
| | Wasserman Media Lease of Car Used by Defendants on August 27, 2013 | | | 17 |
| | | | | |
| | Impeachment Doc #1 | OCT 1 8 2016 | OCT 1 8 2016 | 19 |
| | Impeachment Doc #2 | OCT 1 8 2016 | OCT 1 8 2016 | 20 |
| | Impeachment Doc #3 | | | 21 |
| no # | G. Chavez Declaration | OCT 1 4 2016 | | no # |

**BAUTE CROCHETIERE & GILFORD LLP**
MARK D. BAUTE (State Bar No. 127329)
mbaute@bautelaw.com
COURTNEY A. PALKO (State Bar No. 233822)
cpalko@bautelaw.com
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

*Attorneys for Defendant*
DERRICK ROSE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

JANE DOE (A Pseudonym),

Plaintiff,

v.

DERRICK ROSE, an Individual; RANDALL HAMPTON, an Individual; RYAN ALLEN, an Individual; and DOES 1-10 Inclusive,

Defendants.

**Case No. CV 15-7503-MWF(JCx)**

Complaint Filed: August 26, 2015

**DEFENDANT DERRICK ROSE'S TRIAL EXHIBIT LIST**

**TRIAL:**
Date: October 4, 2016
Time: 8:30 a.m.
Location: Courtroom 1600

Judge: Hon. Michael W. Fitzgerald

Pretrial Conference: September 19, 2016
Trial Date: October 4, 2016

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

# DEFENDANT DERRICK ROSE'S TRIAL EXHIBIT LIST

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 101 | Correspondence on August 26, 2013 Between Plaintiff and Mr. Rose (Doe_Production_Set_One_118-121) | | OCT - 6 2016 |
| 102 | Correspondence on August 26, 2013 Between Plaintiff and Mr. Rose (Doe_Production_Set_One_121-122) | | OCT - 6 2016 |
| 103 | Correspondence on August 27 – September 3, 2013 Between Plaintiff and Mr. Rose (Doe_Production_Set_One_124-127) | | OCT - 6 2016 |
| 104 | Correspondence on August 27, 2013 Between Plaintiff and Mr. Rose (Doe_Production_Set_One_122-124) | | OCT 11 2016 pg.1 |
| 105 | Phone Records of Mr. Allen's Calls to Plaintiff (Allen Deposition Exhibit 7) | | OCT 12 2016 Redacted |
| 106 | Correspondence on August 26 and 27, 2013 Between Plaintiff and Mr. Rose (Doe_Production_Set_One_118–124) | | |
| 107 | Correspondence from August 28, 2013 to September 3, 2013 Between Plaintiff and Mr. Rose (Doe_Production_Set_One_124–127) | | |
| 108 | Correspondence on August 27, 2013 Between Plaintiff and Mr. Allen (Doe_Production_Set_One_110) | | OCT 13 2016 |
| 109 | Correspondence from September 8, 2013 to September 9, 2013 Between Plaintiff and Mr. Allen (Doe_Production_Set_One_110-111) | | |
| 110 | Photograph of Plaintiff From Gabriela Chavez (DR_000019) | OCT 14 2016 | OCT 14 2016 |
| 111 | Photograph of Plaintiff From Gabriela Chavez (DR_000021) | OCT 14 2016 | OCT 14 2016 |
| 112 | Photograph of Plaintiff From Gabriela Chavez (DR_000030) | 14 2016 | OCT 14 2016 |
| 113 | Photograph of Plaintiff From Gabriela Chavez (DR_000032) | OCT 14 2016 | OCT 14 2016 |
| 114 | Instagram Photograph Dated October 19, 2013 Of Plaintiff From Gabriela Chavez (DR_000035) | OCT 14 2016 | OCT 14 2016 |

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 115 | Dr. Ernest D. Lykissa Expert Report | | |
| 116 | Dr. Jayme M. Jones Expert Report | | |
| 117 | Dr. Jayme M. Jones Supplemental Report | | |
| 118 | Monica Rios Interrogatories IS. | OCT - 7 2016 | OCT - 7 2016 |

DATED: October 3, 2016

BAUTE CROCHETIERE & GILFORD LLP

By: /s/ Mark D. Baute
MARK D. BAUTE
COURTNEY A. PALKO
Attorneys for Defendant
DERRICK ROSE

| | | | |
|---|---|---|---|
| 119 | Ps Amended Responses to Interrog | OCT - 7 2016 | OCT - 7 2016 |
| 122 | Goft Declaration | | |
| 123 | C. Carleo Declaration | OCT 14 2016 | |
| 124 | T. McCaster Declaration | OCT 14 2016 | |
| 125 | M. Carleo Declaration | OCT 14 2016 | |
| 120 | Correspondence 6/20/13 between Pl and Rose (text) | OCT 14 2016 | OCT 14 2016 |
| 126 | 7/23/13 - 9:23pm Text between Rose + Rios | OCT 18 2016 | OCT 18 2016 |

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225