**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Date: 10/19/16                    Time: 12:30

Case No.: CV 15-07503 MWF (JCx)

Title: Monica Rios v. Derrick Rose, et al.

## JURY NOTE NO. ___1___

☒ The Jury has reached a unanimous verdict.

☐ The Jury requests the following:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Date: 10/19/16

Signed by Foreperson of the Jury