FILED
CLERK, U.S. DISTRICT COURT
OCT 19 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RIOS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DERRICK ROSE, an individual;<br>RANDALL HAMPTON, an individual;<br>and RYAN ALLEN, an individual,<br><br>Defendants. | CASE NO.: CV 15-7503-MWF(JCx)<br><br>The Honorable Michael W. Fitzgerald,<br>United States District Judge<br><br>**VERDICT FORM** |

We, the jury, unanimously answer the questions submitted to us as follows:

**First Claim: Sexual Battery**

**Question 1**

Do you find by a preponderance of the evidence that Defendant Derrick Rose, Randall Hampton, and/or Ryan Allen intended to cause a harmful or offensive contact with Plaintiff Monica Rios's breasts, buttocks or vagina, and a sexually offensive contact with Plaintiff Monica Rios resulted?

| | | |
|---|---|---|
| Derrick Rose | Yes ____ | No  X  |
| Randall Hampton | Yes ____ | No  X  |
| Ryan Allen | Yes ____ | No  X  |

If you answered Question 1 "Yes" as to any Defendant, please answer Question 2 as to that Defendant. If you answered Question 1 "No" as to all Defendants, please go to Question 5.

**Question 2**

Do you find by a preponderance of the evidence that Plaintiff Monica Rios did not consent to be touched by Defendants Derrick Rose, Randall Hampton, and/or Ryan Allen?

| | | |
|---|---|---|
| Derrick Rose | Yes ____ | No ____ |
| Randall Hampton | Yes ____ | No ____ |
| Ryan Allen | Yes ____ | No ____ |

If you answered Question 2 "Yes" as to any Defendant, please answer Question 3 as to that Defendant. If you did not answer "Yes" to Question 2 as to any Defendant, please go to Question 5.

2
**VERDICT FORM**

**Question 3**

Do you find by a preponderance of the evidence that Plaintiff Monica Rios was harmed by Defendant Derrick Rose, Randall Hampton, and/or Ryan Allen's conduct?

| | | | |
|---|---|---|---|
| Derrick Rose | Yes ____ | No ____ |
| Randall Hampton | Yes ____ | No ____ |
| Ryan Allen | Yes ____ | No ____ |

If you answered Question 3 "Yes" as to any Defendant, please answer Question 4.

**Question 4 (Conspiracy)**

If you answered Question 3 "Yes" as to any Defendant, do you find any other Defendant or Defendants liable for sexual battery on the basis of conspiracy and not on the basis of his own sexual activity with Plaintiff Monica Rios?

| | | | |
|---|---|---|---|
| Derrick Rose | Yes ____ | No ____ |
| Randall Hampton | Yes ____ | No ____ |
| Ryan Allen | Yes ____ | No ____ |

Please go to Question 5.

**Second Claim:  Battery**

**Question 5**

Do you find by a preponderance of the evidence that Defendants Derrick Rose, Randall Hampton, and/or Ryan Allen touched Plaintiff Monica Rios with the intent to harm or offend her?

| | | | |
|---|---|---|---|
| Derrick Rose | Yes ____ | No __X__ |
| Randall Hampton | Yes ____ | No __X__ |
| Ryan Allen | Yes ____ | No __X__ |

If you answered Question 5 "Yes" as to any Defendant, please answer Question 6 as to that Defendant. If you answered Question 5 "No" as to all Defendants, please go to Question 8.

### Question 6

Do you find by a preponderance of the evidence that Plaintiff Monica Rios did not consent to be touched by Defendants Derrick Rose, Randall Hampton, and/or Ryan Allen?

| | | | | |
|---|---|---|---|---|
| Derrick Rose | Yes | _____ | No | _____ |
| Randall Hampton | Yes | _____ | No | _____ |
| Ryan Allen | Yes | _____ | No | _____ |

If you answered Questions 6 "Yes" as to any Defendant, please answer Question 7 as to that Defendant. If you did not answer "Yes" to Question 6 as to any Defendant, please go to Question 8.

### Question 7

Do you find by a preponderance of the evidence that Plaintiff Monica Rios was harmed by Defendants Derrick Rose, Randall Hampton, and/or Ryan Allen?

| | | | | |
|---|---|---|---|---|
| Derrick Rose | Yes | _____ | No | _____ |
| Randall Hampton | Yes | _____ | No | _____ |
| Ryan Allen | Yes | _____ | No | _____ |

Please go to Question 8.

**Third Claim: Trespass**

### Question 8

Has Plaintiff Monica Rios proven her claim of trespass (as defined in Instruction No. 20) against Defendants Derrick Rose, Randall Hampton, and/or Ryan Allen?

| | | | | | |
|---|---|---|---|---|---|
| Derrick Rose | Yes | ____ | No | X |
| Randall Hampton | Yes | ____ | No | X |
| Ryan Allen | Yes | ____ | No | X |

Please go to Question 9.

**Damages**

**Question 9**

If you answered "No" to Questions 3, 4, 7, and 8 as to all Defendants *or* you did not reach Questions 3, 4, 7, and 8 as to any Defendant, then your verdict is complete. Have the foreperson sign and date this form.

If you answered "Yes" to Questions 3, 4, 7, or 8 as to any Defendant, then please answer Question 10.

**Question 10**

What are Plaintiff Monica Rios' total damages, if any?

Economic loss to the present: _____

Economic loss in the future: _____

Non-economic loss to the present: _____

Non-economic loss in the future: _____

Please answer Question 11.

**Question 11 (Punitive Damages)**

Do you find by clear and convincing evidence that one or more of the Defendants acted with malice, oppression, and/or fraud, in conscious disregard of the rights of Plaintiff Monica Rios?

| | | |
|---|---|---|
| Derrick Rose | Yes _____ | No _____ |
| Randall Hampton | Yes _____ | No _____ |
| Ryan Allen | Yes _____ | No _____ |

Your verdict is complete. Please have the foreperson sign and date this verdict form and return it to the Clerk.

Dated: 10/19/16          Signed ███████████

                                                Foreperson

---

6
**VERDICT FORM**