
JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RIOS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>DERRICK ROSE, an individual;<br>RANDALL HAMPTON, an individual;<br>and RYAN ALLEN, an individual,<br><br>Defendants. | CASE NO.: CV 15-7503-MWF(JCx)<br><br>The Honorable Michael W. Fitzgerald,<br>United States District Judge<br><br>**JUDGMENT AFTER TRIAL** |

This action came on regularly for trial between October 4, 2016, and October 19, 2016, in Courtroom 1600 of this United States District Court. Plaintiff was Monica Rios. Plaintiff was represented by Waukeen Q. McCoy, Esq., of the Law Offices of Waukeen Q. McCoy, and Brandon Anand, Esq., of Anand Law, PC. Defendant Derrick Rose was represented by Mark D. Baute, Esq., and Courtney A. Palko, Esq., of Baute Crochetiere & Gilford, LLP. Defendants Randall Hampton and Ryan Allen were represented by Michael D. Monico, Esq., and Scott J. Krischke, Esq., of Monico & Spevack, and Patrick M. Maloney, Esq., of the Maloney Firm, APC.

A jury of eight persons was regularly empaneled and sworn. Witnesses were sworn and testified and exhibits were admitted into evidence. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury. The jury deliberated and thereafter returned a special verdict as follows:

**First Claim: Sexual Battery**

### Question 1

Do you find by a preponderance of the evidence that Defendant Derrick Rose, Randall Hampton, and/or Ryan Allen intended to cause a harmful or offensive contact with Plaintiff Monica Rios's breasts, buttocks or vagina, and a sexually offensive contact with Plaintiff Monica Rios resulted?

| | | | |
|---|---|---|---|
| Derrick Rose | Yes ____ | No | X |
| Randall Hampton | Yes ____ | No | X |
| Ryan Allen | Yes ____ | No | X |

If you answered Question 1 "Yes" as to any Defendant, please answer Question 2 as to that Defendant. If you answered Question 1 "No" as to all Defendants, please go to Question 5.

### Question 2

Do you find by a preponderance of the evidence that Plaintiff Monica Rios did not consent to be touched by Defendants Derrick Rose, Randall Hampton, and/or Ryan Allen?

| | | | |
|---|---|---|---|
| Derrick Rose | Yes ____ | No ____ | |
| Randall Hampton | Yes ____ | No ____ | |
| Ryan Allen | Yes ____ | No ____ | |

If you answered Question 2 "Yes" as to any Defendant, please answer Question 3 as to that Defendant. If you did not answer "Yes" to Question 2 as to any Defendant, please go to Question 5.

**Question 3**

Do you find by a preponderance of the evidence that Plaintiff Monica Rios was harmed by Defendant Derrick Rose, Randall Hampton, and/or Ryan Allen's conduct?

| | | |
|---|---|---|
| Derrick Rose | Yes _____ | No _____ |
| Randall Hampton | Yes _____ | No _____ |
| Ryan Allen | Yes _____ | No _____ |

If you answered Question 3 "Yes" as to any Defendant, please answer Question 4.

**Question 4 (Conspiracy)**

If you answered Question 3 "Yes" as to any Defendant, do you find any other Defendant or Defendants liable for sexual battery on the basis of conspiracy and not on the basis of his own sexual activity with Plaintiff Monica Rios?

| | | |
|---|---|---|
| Derrick Rose | Yes _____ | No _____ |
| Randall Hampton | Yes _____ | No _____ |
| Ryan Allen | Yes _____ | No _____ |

Please go to Question 5.

**Second Claim:  Battery**

**Question 5**

Do you find by a preponderance of the evidence that Defendants Derrick Rose, Randall Hampton, and/or Ryan Allen touched Plaintiff Monica Rios with the intent to harm or offend her?

| | | |
|---|---|---|
| Derrick Rose | Yes _____ | No __X__ |
| Randall Hampton | Yes _____ | No __X__ |
| Ryan Allen | Yes _____ | No __X__ |

If you answered Question 5 "Yes" as to any Defendant, please answer Question 6 as to that Defendant. If you answered Question 5 "No" as to all Defendants, please go to Question 8.

### Question 6

Do you find by a preponderance of the evidence that Plaintiff Monica Rios did not consent to be touched by Defendants Derrick Rose, Randall Hampton, and/or Ryan Allen?

| | | |
|---|---|---|
| Derrick Rose | Yes _____ | No _____ |
| Randall Hampton | Yes _____ | No _____ |
| Ryan Allen | Yes _____ | No _____ |

If you answered Questions 6 "Yes" as to any Defendant, please answer Question 7 as to that Defendant. If you did not answer "Yes" to Question 6 as to any Defendant, please go to Question 8.

### Question 7

Do you find by a preponderance of the evidence that Plaintiff Monica Rios was harmed by Defendants Derrick Rose, Randall Hampton, and/or Ryan Allen?

| | | |
|---|---|---|
| Derrick Rose | Yes _____ | No _____ |
| Randall Hampton | Yes _____ | No _____ |
| Ryan Allen | Yes _____ | No _____ |

Please go to Question 8.

**Third Claim: Trespass**

### Question 8

Has Plaintiff Monica Rios proven her claim of trespass (as defined in Instruction No. 20) against Defendants Derrick Rose, Randall Hampton, and/or Ryan Allen?

| | | | | |
|---|---|---|---|---|
| Derrick Rose | Yes | ____ | No | X |
| Randall Hampton | Yes | ____ | No | X |
| Ryan Allen | Yes | ____ | No | X |

Please go to Question 9.

**Damages**

**Question 9**

If you answered "No" to Questions 3, 4, 7, and 8 as to all Defendants *or* you did not reach Questions 3, 4, 7, and 8 as to any Defendant, then your verdict is complete. Have the foreperson sign and date this form.

If you answered "Yes" to Questions 3, 4, 7, or 8 as to any Defendant, then please answer Question 10.

**Question 10**

What are Plaintiff Monica Rios' total damages, if any?

Economic loss to the present: _____

Economic loss in the future: _____

Non-economic loss to the present: _____

Non-economic loss in the future: _____

Please answer Question 11.

5
**JUDGMENT AFTER TRIAL**

**Question 11 (Punitive Damages)**

Do you find by clear and convincing evidence that one or more of the Defendants acted with malice, oppression, and/or fraud, in conscious disregard of the rights of Plaintiff Monica Rios?

| | | | | |
|---|---|---|---|---|
| Derrick Rose | Yes | ____ | No | ____ |
| Randall Hampton | Yes | ____ | No | ____ |
| Ryan Allen | Yes | ____ | No | ____ |

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. *On the claim for sexual battery in violation of California Civil Code section 1708.5*: Judgment is entered in favor of Defendants Derrick Rose, Randall Hampton, and Ryan Allen, and Plaintiff Monica Rios shall take nothing on this claim by her Complaint.

2. *On the claim for battery*: Judgment is entered in favor of Defendants Derrick Rose, Randall Hampton, and Ryan Allen, and Plaintiff Monica Rios shall take nothing on this claim by her Complaint.

3. *On the claim for trespass*: Judgment is entered in favor of Defendants Derrick Rose, Randall Hampton, and Ryan Allen, and Plaintiff Monica Rios shall take nothing on this claim by her Complaint.

4. *On the claim for gender violence, in violation of California Civil Code section 52.4*: Judgment is entered in favor of Defendants Derrick Rose, Randall Hampton, and Ryan Allen, and Plaintiff Monica Rios shall take nothing on this claim by her Complaint.

5. *On the claim for intentional infliction of emotional distress*: Judgment is entered in favor of Defendants Derrick Rose, Randall Hampton, and

Ryan Allen, and Plaintiff Monica Rios shall take nothing on this claim by her Complaint.

6. *On the claim for violation of California Civil Code section 51.7:* Judgment is entered in favor of Defendants Derrick Rose, Randall Hampton, and Ryan Allen, and Plaintiff Monica Rios shall take nothing on this claim by her Complaint.

7. *On the claim for declaratory relief*: Based on the factual findings embodied in the jury's special verdict, the Court **DENIES** the request for declaratory relief. Judgement on this claim is entered in favor of Defendants Derrick Rose, Randall Hampton, and Ryan Allen, and Plaintiff Monica Rios shall take nothing on this claim by her Complaint.

Defendants Derrick Rose, Randall Hampton, and Ryan Allen are further awarded their costs as provided by law.

Dated: October 21, 2016.

_____
MICHAEL W. FITZGERALD
United States District Judge